UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED 2004 MAR -1 P 5:13
US DISTRICT COURT
BRIDGEPORT CT

LUIS FERNANDEZ

v.

JADE Alexander, et al.

PRISONER
Case No. 3:01CV1807 (JBA)

December 12, 2003

## RENEWED MOTION TO REOPEN ACCOMPAINED BY AN AMENDED COMPLAINT & MOTION

The plaintiff pursuant Rule 60(b), Fed. R. Civ. P., Request the Court to REOPEN ACCOMPAINED by AN AMENDED Complaint & MOTION this Civil complaint were the defects have been cured and with the Courts permission As set forth in [doc. #6].

## Brief History

The plaintiff in this case has been Granted IN FORMA PAUPERIS., On Oct. 26. 2001, the Court dismissed this Action SUA SPONTE, pursuant to 28 U.S.C. § 1915 (e),(2)(B)(ii), Judgment entered on Oct. 31, 2001. On Sept. 30, 2002, the plaintiff filed A MOTION to reopen Judgment but the Court denied this Motion without prejudice And Allows the plaintiff to Refile his Motion [doc. #6]. The Court Further granted

A time extension. The plaintiff relies on [doc. #8] when the matter was closed to fullfill the Court with his complying within the doc #6 Renewed Motion herein and Attached Motion to Amended Complaint with Complaint Amended.

ARGUS

On Oct. 13, 2002, at New Haven, Conn. the U.S.D. Judge honorable Janet Bond Arterton directed the plaintiff to Refile his Motion to Reopen Accompanied by an Amended Complaint within 30 days from the date of this order [doc. #6]. The plaintiff Respectfully Relies on the Courts permission to file a Renewed Motion to Reopen Accompanied by an Amended Complaint and Motion which permission should be denied only in cases where the Complaint is filed out of bad faith or an intent to delay. Citing NOVAK v. NATIONAL BROADCASTING Co. INC, 724 F. Supp. At 145. The plaintiff as set forth in the Amended Complaint submitted with his Renewed Motion To Reopen, Corrects the Particular Problem directed by the Court. See, SUMMERS v. SALT LAKE County, 713 F. Supp. 1415 (D. Utah 1989) so in determination the Court Accept to grant and Reopen this Case.

RESPECTFULLY SUBMITTED

/s/

Luis Fernandez
Plaintiff
C. D.O.C.
900 Highland Ave.
Cheshire, CT 06410