UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2004 APR 20 P 5:10
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Luis Fernandez

v.

Jade Alexander, et al

PRISONER
CASE NO. 3:01CV1807
(JBA)

April 16, 2004

## NOTICE

The plaintiff pro se pursuant to Rule 60(b), Fed. R. Civ. P., has had requested relief from judgment or ordered date Oct. 13, 2002 by submitting a renewed motion to reopen accompanied by an amended complaint & motion date Dec. 12, 2003. Further, a notice of change of address has been filed since March 4, 2004 in this case were the plaintiff request to be informed of the case status and proceedings.

RESPECTFULLY SUBMITTED

Luis Fernandez    PRO SE
1153 East St. South
Suffield, CT 06080

1 of 1