UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez

V.

Jade Alexander, et al

FILED PRISONER
Case. 3:01 CV 1807
(JBA)

2004 JUL -8 P 6:32
U.S. DISTRICT COURT
BRIDGEPORT, CONN

July 2, 2004

## MOTION FOR EXCEPTION AND NOTICE OF PERMITION TO FILE AN AMENDED COMPLAINT.

The plaintiff, understanding the standards of pro se complaints are held to less stringent standards. Hugh v. Poe, 453 F.2d 1471, viewed without regard for technicalities, Jones v. Rundle, 453 F.2d 147, Pro se complaints under 42 U.S.C.S. § 1983 are held to less stringent standards than formal pleadings drafted by lawyers. Cruz v. Cardwell, (1973, CA 8 Mo) 486 F.2d 550, see also, Haines v. Kerner, 92. The plaintiff further, awaits on the order for reconsideration to reopen and permition to file an Amended Complaint for Mailing Amended Complaint original with exhibits attached.

Respectfully Submitted

Luis Fernandez  Pro Se

C.C.

1 of 1