# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Luis Fernandez

FILED

PRISONER

V.

2004 AUG 13 P 3:38 CASE NO. 3:01 CV 1807

U.S. DISTRICT COURT
BRIDGEPORT CONN

(JBA)

Jade Alexander, et al : July 29, 2004

## ACTUAL NOTICE

The plaintiff pursuant 237 S.W. 2d 286, 289, resubmitts to this Court the Amended Complaint date 12/12/03 with Attached Exhibits "1" thru "8" while awaiting an order on the Motion for Reconsideration to Reopen and permit to file Amended Complaint date June 11, 2004 were since the proof of Service date 7/2/04 and Motion for Exception & notice of Permition to file an Amended Complaint date 7/2/04 this Court has not provided information or the order decided by the Honorable Janet Bond Arterton if Any on this matter.

## Conclusion

It is requirement that the plaintiff as pro se litigant be informed or provided with the order decided by this Court on this Case and Return documentation if necessary to the plaintiff.

1 of 2

RESPECTFULLY Submitted,

_____
Luis Fernandez  Pro-SC
M.W.C.I.
1153 East st. South,
Suffield, CT 06080


## CERTIFICATION

I hereby Certify that the foregoing was Mailed to the Clerks office, Kevin F. Rowe, U.S.D.C., 915 Lafayette Boulevard, Bridgeport, CT 06604 on this 29, day of July, 2004.

_____
Luis Fernandez  Pro SC
M.W.C.I.
1153 East st. South,
Suffield, CT 06080

C.C.