UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

Oct 18  1 47 PM '04

U.S DISTRICT COURT
NEW HAVEN, CONN

LUIS FERNANDEZ                      :
                                    :       PRISONER
    v.                              :    CASE NO. 3:01CV1807(JBA)
                                    :
DIRECTOR JADE ALEXANDER, et al.     :

### RULING AND ORDER

Plaintiff has filed two motions asking the court to reopen this case and permit him to file an amended complaint. Plaintiff's motions [**docs. ##13, 14**] are **GRANTED**. The Clerk is directed to reopen this case.

The Clerk is unable to locate the proposed amended complaint submitted by plaintiff with these motions. According, plaintiff is directed to re-send the proposed amended complaint for filing.

**SO ORDERED** this 18th day of October, 2004, at New Haven, Connecticut.

Janet Bond Arterton
United States District Judge