# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Luis Fernandez : PRISONER
Pro-se : Case No. 3:01CV1807
  : (JBA)
v. :
  : OCT. 27, 2004
Director Jade Alexander, et al :

## MOTION FOR EXTENSION OF TIME TO RE-SEND THE PROPOSED AMENDED COMPLAINT

The plaintiff pro-se holding to the protection of his civil Rights citing "Jones v. Rundle, 453 F.2d 147; Hugh v. Poe, 453 F.2d 1471 viewed without regard for technicalities"; Request for 30 days extension of time to Re-send the Proposed Amended Complaint granted [doc. ## 13, 14] Since the clerk is unable to locate the original of the proposed Amended Complaint submitted by the plaintiff pro-se were the drafting of another original proposed Amended Complaint to be submitted again in comply with the court's order do to the lack of adequate assistance with materials and no counsel which should be taken into consideration for 30 days extension of time where the plaintiff as a prisoner is not guaranteed access to the courts.

1 of 2

RESPECTFULLY SUBMITTED,

_____
Luis Fernandez  Pro-se
M.C.I.
1153 east st. south,
Suffield, CT 06080

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent VIA U.S. Mail to the following Clerk office on this 27 day of OCT. 2004.

OFFICE OF THE CLERK,
U.S.D.C.
915 Lafayette Blvd.,
Bridgeport, CT 06604

_____
Luis Fernandez
PRO-SE