UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez                :           PRISONER
Pro-se                        :       CASE NO. 3:01CV1807
                              :              (JBA)
V.                            :
Robert Paquette, et al.       :           Nov. 4, 2004

### ACTUAL NOTICE OF COMPLY WITH COURT ORDER

The plaintiff pro-se holding to the protections of his Civil Rights <u>Citing</u> <u>Jones</u> V. <u>Rundle</u>, 453 F.2d 147; <u>Hugh</u> V. <u>Poe</u>, 453 F.2d 1471, Resubmitts to this Court the Amended Complaint dating it Nov. 4, 2004 with the Courts orders in doc. #13, #14 since the clerk was unable to locate the original proposed Amended Complaint.

The plaintiff Amended Complaint Consist of 45 pages All handwritten which viewed is without regard for technicalities and Exhibits "A" threw "G" All in support of the claims Alleged.

                                    RESPECTFULLY Submitted,

                                    _____
                                    Luis Fernandez  Pro-se
                                    Plaintiff

1 of 2

## CERTIFICATION

I hereby certify that the original proposed Amended Complaint submitted by the plaintiff was sent on this day 4 of Nov. 2004 to the following:

OFFICE OF THE CLERK,
U.S.D.C.
915 Lafayette Blvd,
Bridgeport, CT 06604

Luis Fernandez
Pro-se

2 of 2