UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2004 DEC 27 P 2:43
U.S. DISTRICT COURT
BRIDGEPORT, CONN

LUIS FERNANDEZ

v.                                    CASE NO. 3:01cv1807(JBA) PRISONER

DIRECTOR JADE ALEXANDER, et al.

## RULING AND ORDER

Plaintiff has filed a motion seeking an extension of time to submit his amended complaint. Plaintiff states that he did not keep a copy of the amended complaint and must recreate it.

Recently, the Clerk located plaintiff's proposed amended complaint submitted on August 13, 2004. Accordingly, plaintiff's motion [**doc. #18**] is **DENIED** as moot. The Clerk is directed to docket the amended complaint and to send plaintiff a copy of the amended complaint.

The named defendants in the amended complaint are Robert Paquette, Det. Robert Williams, Det. Sgt. Fisher, Det. Merullo, Det. Mark Trohalis, Det. Ramos and Det. Nolan of the Danbury Police Department and Officer T. Barcello, Mark Scocoza, Dean M. Esserman, R. Halas and D. Stewart of the Stamford Police Department. To enable the U.S. Marshal to effect service of the amended complaint on the named defendants in their individual capacities, plaintiff is directed to complete one set of enclosed notice of lawsuit and waiver of service of summons forms and Marshal service form for each defendant using that defendant's full name and an address at which the defendant may be located.

In order that the United States Marshal can effect service on defendants Paquette, Williams, Fisher, Merullo, Trohalis, Ramos and Nolan in their official capacities plaintiff is directed to complete one of the enclosed summons forms and one Marshal service form for each of these defendants c/o Danbury City Clerk, using the address of the Danbury City Clerk.

In order that the United States Marshal can effect service on defendants Barcello, Scocoza, Esserman, Halas and Stewart in their official capacities, plaintiff is directed to complete one of the enclosed summons forms and one Marshal service form for each of these defendants c/o Stamford City Clerk, using the address of the Stamford City Clerk.

Plaintiff shall complete and return to the court the enclosed forms and twenty-four copies of his amended complaint on or before **1/12/05**. Plaintiff is cautioned that failure to return the forms and copies in a timely manner to the Clerk at 915 Lafayette Boulevard, Bridgeport, CT 06604, may result in the dismissal of this case without prejudice and without further notice from this court.

Upon receipt of the forms and copies, the Clerk is directed to forward the appropriate papers to the U.S. Marshal. The U.S. Marshal is directed to serve the complaint on all defendants in their individual and official capacities and to file a return of service **on or before 3/12/05**.

Each defendant is directed to appear in his or her individual capacity **on or before 5/12/05** and in his or her official capacity **on or before 4/12/05** from the date of service of summons.

**SO ORDERED** this 23rd day of December, 2004, at New Haven, Connecticut.

Janet Bond Arterton
United States District Judge