UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez

V.

Robert Paquette, et. Al.

FILED PRISONER

2005 JAN 18 A 3:53 : 01CV 1807 (JBA)

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

JAN. 6, 2005

## MOTION FOR CHANGE OF VENUE

Now Comes, plaintiff pro-se holding to "less stringent standards than formal pleading drafted by lawyers." Citing Hughes V. Rowe, 449 U.S. 5, 101 S.Ct. 173 (1980), Requests this Court to transfer this Action or proceeding to a district Court for Another district, in the interest of justice or for the Convinience of the plaintiff pro-se Right protection.

### The Plaintiff Represents:

1. This Action was directed to reopen this case After plaintiff's Motion [docs. ##13, 14] were granted.

2. The plaintiff had to move pursuant to Rule 60(b)(6) Against the decision of U.S.D.J. Janet B. Arterton to reopen this case.

3. The proceeding involved in this Action have been impartial or retaliatory towards the plaintiff

1 of 2

were the constructing of Motion's submitted by the plaintiff are against his interests. see [doc. #18] Denied as moot, that a fair liberally and interpretating strenges arguments for the pro-se plaintiff by an impartial and unprejudice Judge Janet B. ARTERTON without technical errors cannot be had in this District Court.

Wherefore, the plaintiff pro-se moves that this Action be transfered to a district court for another district, in the interest of justice or for the convenience of the plaintiff pro-se Right protection.

Respectfully Submitted,

_____
Luis Fernandez Pro se
M.C.I.
1153 east st. South,
Suffield, CT 06080

## CERTIFICATION

I hereby certify that the original was sent via mail to the Clerk's Office on this 6 day of Jan. 2005

OFFICE OF THE Clerk,
U.S.D.C.
915 LaFayette Boulevard,
Bridgeport, CT 06604

_____
Luis Fernandez
Pro-se

C.C.          2 of 2