UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2005 JAN 18 P 3:52
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Luis Fernandez

V.

Robert Paquette, et al

PRISONER
Case: 3:01CV1807 (JBA)

Jan 6, 2005

MOTION FOR DISQUALIFICATION OF U.S.D.J. JANET B. ARTERTON.

Comes now, plaintiff Luis Fernandez pro-se holding to the protection of his civil Rights. Citing Jones V. Rundle, 453 F.2d 147; Hugh V. Poe, 453 F.2d 1471 "Viewed without regard for technicalities" Request that this matter not be assigned to the U.S.D.J. Janet B. Arterton, in support of this request, plaintiff states as follows:

1. On Oct. 31, 2002 at New Haven, Connecticut United States District Judge, Janet B. ARTERTON in this case original complaint Luis Fernandez V. Jade Alexander, et al Case No. 3:01CV1807 (JBA) Construed plaintiff's Motion as a claim pursuant to Rule 60 (b)(6) Judge Janet B. ARTERTON decided over the plaintiff's Motion [doc.#6], denied without prejudice. In doing so, the Judge manifest abuse of discretion even after identifying the defects

1 of 3

in plaintiff original complaint in its Oct. 2001 ruling and a claim pursuant to Rule 60(b)(6) so ordered.

2. Also, Judge Janet B. Arterton, Judgements and ruling would be impartial or retaliatory toward the plaintiff in this case while aware of a claim decission in this case. [doc. #6].

3. The relevant inquiry is not whether Judge Janet B. Arterton is, in fact impartial. Instead, it is whether a reasonable person evaluating the circumstances presented here might question his honor impartiality.

4. Biased in fact, the filing of a facially sufficient motion or affidavit requires that the Judge recuse him/her self, without inquiry into the truth of the matter of fact averred. Citing Johnson v. Mississippi, 403 U.S. 212 (1971); and Ward v. Village of Monroeville, 409 U.S. 57 (1972).

Wherefore, Plaintiff Luis Fernandez pro se submits that regardless of any biases or predisposotions that Judge Janet Bond Arterton may harbor, this history reasonably calls his honor's impartiality into question and merits assignment to another Judge of this Court or another Court with Jurisdiction.

2 of 3

RESPECTFULLY SUBMITTED,

_____
Luis Fernandez  Pro-se
M.C.I.
1153 east st South,
Suffield, CT 06080

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the OFF of the Clerk's on this 6 day of Jan. 2005.

Office of The Clerk's,
U.S.D.C.
915 Lafayette Boulevard,
Bridgeport, CT 06604

_____
Luis Fernandez
Pro-se

3 of 3