UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez

V.

Robert Paquette, et al

FILED
Prisoner
2005 JAN 18 P 3:52  01CV1807 (JBA)
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Jan. 6, 2005

## MOTION FOR PERMISSION TO FILE SECOND Amended Complaint.

Now Comes, plaintiff pro-se holding to the protection of his civil Rights. Citing Jones V. Rundle, 453 F.2d 147; Hugh V. Poe, 453 F.2d 1471 "Viewed without Regard for technicalities," And pursuant to Rule 12(b)(6) F.R.C.P. Citing NEITZKE V. WILLIAMS, 490 U.S. 319, 325, 329-30 (1989), moves to file Second Amended Complaint.

### I. History OF THE CASE

Following the plaintiff pro-se docketed Amended Complaint Against defendants R. Paquette, Det. R. Williams, Det. Sgt. Fisher, Det. Menillo, Det. Mark Trohalis, Det. Ramos, Det. Nolan, Mark Scocoza, And R. Halas of the Danbury Police Dept. And officer T. Barcello, Dean M. Esserman, and D. Stewart of the Stamford Police Dept. And the Courts Ruling & Order dated Dec. 27, 2004 filed received approx. the second week of Jan.

1 of 3

2005 to complete and return to the Court service forms and (20) twenty-four copies of his Amended on or before 1/12/05.

## II. SPECIFIC FACTS

1. The plaintiff after receiving the mailed returned Amended Complaint with service forms has further reviewed of the Amended Complaint finding that it is necessary for the Court honorable observation of the Amended Complaint to file a Second Amended Complaint, in individual capacities against the named defendants and adding as defendants Laurie Leblanc and Patrice Connoll as well whom are dealing with events that occurred before the original complaint was filed and for drafting more arguable basis pursuant Rule 12(b)(6), F.R.C.P. Citing, NEITZKE v. WILLIAMS, 490 U.S. 319, 325, 329-30 (1989).

2. The Amended Complaint is not deficient in any form to prohibit an opportunity to file a Second Amended Complaint. Citing KESTERSON v. WILLSON, 165 F.3d 27 (unpublished), 1998 WL 702333 at F.2 (6th Cir. 9/23/98).

3. The plaintiff has requested an extension of 60 days, since defendants have not filed an answer nor prejudice would affect them in filing a second Amended Complaint.

2 of 3

## III. LEGAL GROUNDS

This Motion is filed under Rule 12(b)(6) F.R.C.P., citing NEITZKE V. WILLIAMS, 490 U.S. 319, 325, 329-30 (1989); KESTERSON V. WILLSON, 165 F.3d 27 (unpublished) 1998 WL 702333 at F.2 (6th Cir. 9/23/98) and pro-se right's "viewed without regard for technicalities", Jones V. Rundle, 453 F.2d 147; Hugh V. Poe, 453 F.2d 1471, moves to file a second Amended Complaint in behalf of the plaintiff after the good cause presented.

No similar motion has been filed.

Respectfully Submitted,

_____
Luis Fernandez  pro-se
M.C.I.
1153 East St. South,
Suffield, CT 06080

### CERTIFICATION

I hereby certify that the original was sent via mail to the Clerk's office on this 6 day of Jan. 2005.

Clerks office
U.S.D.C.
915 Lafayette Boulevard,
Bridgeport, CT 06604

_____
Luis Fernandez
pro-se

3 of 3