UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez

V.

Robert Paquette, et al

3:01 CV 1807 (JBA)

Jan. 6, 2005

## PROOF OF SERVICE

Luis Fernandez, pro-se states under the penalty of perjury that he mailed a copy of the Motion's For Change of Venue, Permission To File Second Amended Complaint, Extention the Time For Service, and Disqualification of U.S.D.J. Janet B. Arterton to the Clerk's Office, U.S.D.C., 915 Lafayette Boulevard, CT 06604 by placing them in an envelope and placed them in the main hall legal mailbox at the Conn. Macdougall C.I., Suffield, CT on Jan. 6, 2005.

Respectfully Submitted

Luis Fernandez pro-se
M.C.I.
1153 East St South,
Suffield, CT 06080

1 of 2

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the Office of the Clerk's on this 6 day of Jan. 2005.

Office of THE Clerk's,
U.S.D.C.
915 Lafayette Blvd.
Bridgeport, CT 06080

Lois Fernandez
Pro-se

2 of 2