UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


LUIS FERNANDEZ                    :
                                  :           PRISONER
     v.                           :   CASE NO. 3:01CV1807(JBA)
                                  :
DIRECTOR JADE ALEXANDER, et al.   :


                    ENDORSEMENT ORDER [DOC. #23]

    Plaintiff states that in mid-January he received the court's order that he complete and return service forms to the court by January 12, 2005.  He seeks a sixty-day extension of time to comply with the order.

    Plaintiff's motion [doc. #23] is **GRANTED**.  Plaintiff is directed to submit the service forms and copies on or before March 12, 2005.


    **SO ORDERED** this 18th day of February, 2005, at New Haven, Connecticut.


                                   _____/s/_____
                                   Janet Bond Arterton
                                   United States District Judge