UNITED STATES DISTRICT COURT **FILED**

DISTRICT OF CONNECTICUT  2005 MAR 14 P 4:34

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Luis Fernandez Pro-se
_____
Name of Plaintiff/Petitioner

v.

Robert Paquette, et al
_____
Name of Defendant/Respondent

Case No. 3:01CV1807 (JBA)

## MOTION FOR APPOINTMENT OF COUNSEL

### PERSONAL/FINANCIAL DATA.

1. Your full name: Luis Fernandez

   Your present mailing address: Macdougall C.I. 1153 ets 1st. South, Suffield, CT 06080

   Telephone number: (—) None

2. Are you presently employed? YES ___ NO ✓

3. If your answer to #2 is YES, please provide the name and address of your employer and the amount of your usual weekly earnings. _____

   _____

   _____

   Weekly earnings: _____

4. If you are not presently employed, please provide the name and address of your last employer, the date (approximate) that you last worked, and the amount of weekly earnings you were receiving. While at M.C.I. D.O.C. I 1153 est st south, suffield, CT 06080 as a student was attending a vocational program earning 7.50 every other week plus I am being force to pay for photocopies

-1-

Date last worked: Approx. 11/22/04

Weekly earnings: 7⁵⁶ every other week

5. Approximately how much money have you received in the past twelve months in the form of:

   a) salary, wages, commissions, or earned income of any kind? Approx. 22⁰⁰ I believe

   b) interest, dividends, rents or investments of any kind? None

   c) gifts or inheritances of any kind? None

6. How much money do you have in any checking or savings account(s)?

   Checking: None to the best of knowledge

   Savings: None to the best of knowledge

   Prison account: $0.14

7. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding household items and clothing)? YES ___ NO ✓

   If YES, describe the property and state the approximate value: _____

   _____

   _____

   _____

8. How much money do you owe others? About $7,000⁰⁰ dollars best of knowledge

   For each debt, state the name of the creditor and the amount owed:
   CREDITOR                                              AMOUNT OWED

   ~~_____~~                                        ~~_____~~

   ~~_____~~                                        ~~_____~~

   ~~_____~~                                        ~~_____~~

9. List the persons who depend upon you for support, and state your relationship to them.

None to best of knowledge

10. Are there any persons regularly residing in your household who are over the age of 18 and who are presently employed? YES ___ NO ✓

If the answer is YES, please provide the following information for each such person:

Name: _____

Relationship: _____

Employer: _____

Weekly Earnings: _____

11. Include any other information which supports your claim that you cannot financially afford to employ an attorney. I have been currently incarcerated since OCT, 2000, I have no income of what so ever that could even support A retainer for an Attorney fees. Courts have issued Attorney Appointment for those as in my case cannot afford an Attorney and are unable to represent the case. citing HAMilton v. Leavy, 117 F.3d 742,749 (3d Cir. 1997).

### NATURE OF YOUR CLAIM.

12. Describe in your own words the nature of the claim which you are presenting to the court in your complaint/petition. This case derives from A Criminal Case were the plaintiff Arrest is without probable cause, unnessessary use of excessive force during Arrest, false statements in Affidavits Influencing the Judge in issuing A

- 3 -

(Additional space on next page)

Warrant without probable cause acting as a rubber stamp for defendants: police officers, Detectives and Chiefs of Police from Danbury, Conn and Stamford Conn during due process. Conspiracy acts in violation of both state and federal laws. Unreasonable searches and seizures of the plaintiff, person & property, failure to knock and announcement entries, Trespassing into private property and malicious prosecution Are All Acts Complaint in this lawsuit As violation of Amendments (others).

### EFFORTS TO OBTAIN AN ATTORNEY

The Court strongly suggests that you contact a minimum of three attorneys.

13. Have you spoken with any attorney about handling your case? YES ✓ NO __

14. If your answer to #13 is YES, please provide the following information about each attorney with whom you spoke:

a) Attorney's name __Antonio Ponvert III__

   Date you contacted this attorney __January 10, 2005__

   Method of contact (in person, by telephone, etc.) __threw letter. Address P.O. Box 1661, Bridgeport, CT 06601__

   Reason why attorney was not employed to handle your case __he unfortunately is not able to assist me in this matter.__

b) Attorney's name __Annette M. Lamoreux__

   Date you contacted this attorney __Dec. 9, 2004__

   Method of contact (in person, by telephone, etc.) __threw letter Address Conn. Civil liberties Union foundation, 32 Grand St., Hartford CT.__

   Reason why attorney was not employed to handle your case __they do not have enough staff or resources to help with__

_with the Assistance representation requested._

c) Attorney's name __Jon L. Schoenhorn__

Date you contacted this attorney __January 25, 2005__

Method of contact (in person, by telephone, etc.) __thru letter Address 97 Oak Street, Hartford, CT 06106-1515__

Reason why attorney was not employed to handle your case __his caseload is too heavy to take on an additional prison civil rights case.__

15. Explain any other efforts you have made to obtain an attorney to handle your case. __On Jan, 2005 I contacted Brett Dignam from Jerome N. Frank legal ser. organization Yale law school who unfortunately is unable to provide any assistance since the staffed primily by law student interns and lacks the resources to accept additional cases of this nature at this time. Also, Inmate legal assistance does not provide assistance with a nonconvictions of confinement case Attorney Jenna M. Edmundson and I.L.A.P. New contract with D.O.C. which the Court should consider in appointing pro bono.__

16. Please provide any other information which supports your application for the court to appoint counsel. __The Connecticut Departments of Correctionals has removed every legal material, forms, documents which could assist the plantiff pro-se in accessing the Courts and has decline to provide assistance with photocopies or typewriters so an inmate can access the Courts in violation of Lewis, 116 S.Ct. at 2179, Johnson v. Avery, 393 U.S. 483, 489-90 (1969). See Attached and Marked as Exhibit 1 herein. Deputy Commissioner B. Murphy orders date 3/24/04. Also, Appointment of Pro bono Counsel—__ (continue attach page 5A)

17. Do you need a lawyer who speaks a language other than English? YES ✓  NO ___ , if possible.

If you answered YES, what language do you speak? __Spanish__

5

Continue para. 16.

For the plaintiff in this case As one Court put it "... explain the Applicable legal principles to the Complainant and... limit litigation to potentially Meritorious issues. In Addition, Appointment of A lawyer provides the unlettered inmate with An opportunity to obtain representation equally qualified with the professional Counsel usually provided by the State for the defendants. Wright V. Dallas County Sheriff's Dept., 660 F.2d 623 (5th Cir. 1981); quoting Knighton V. Watkins, 616 F.2d 795 (5th Cir. 1980); Stringer V. Rowe, 616 F.2d 993, 1001 (7th Cir. 1980). Where even if the plaintiff is not "unlettered," Counsel can generally do A better Job than A prisoner At conducting discovery, Negotiating A settlement of Meritorious claims, And the other difficult tasks of litigation, by virtue of experience And of not being locked up in prison without Access to the Courts.

Another issue which the Court should Consider in Appointment of Pro bono is that the plaintiff has been granted leave to proceed As An indigent, were Courts' have Appointed Counsel in case of pro-se litigants colorable claims. Citing Gordon V. Leeke, 574 F.2d 1147, 1153 And N. 3 (4th Cir. 1978).

Wherefore, the plaintiff has demonstrated exceptional Circumstances exist for Appointment of Counsel pro bono. Citing Aldabe V. Aldabe, 616 F.2d 1089, 1093 (9th Cir. 1980).

5A



# NOTICE TO THE INMATE POPULATION
## REGARDING ACCESS TO CONNECTICUT COURTS
### March 25, 2004

The Connecticut Department of Correction is not obligated to provide inmates with access to court by maintaining law libraries or legal forms in the various correctional institutions. Any such material that may be located in DOC facilities is not intended to serve as a method of providing inmates access to court.

Any inmate who wishes to seek assistance or advice concerning his or her criminal case(s) should contact the attorney or Public Defender's Office, which is representing or assisting you now or has represented or assisted you in the past.

The Department of Correction contracts for the provision of legal assistance to inmates in **civil** legal matters for issues arising from terms and conditions of confinement. For a description of the extent of such legal service and the format for its provision you should read that section of your Inmate Handbook which is entitled, "Access to Court." If you require assistance in reading or in understanding this section you should contact:

Inmate's Legal Assistance
P.O. Box 260237
Hartford, CT 06126-0237
1-800-301-ILAP (4527)

These calls shall be deemed "privileged" in accordance with Administrative Directive 10.7 – Inmate Communications.

Brian K. Murphy
Deputy Commissioner

Rev. 3/24/04



# STATE OF CONNECTICUT
## Department of Correction
## Operations Division
24 Wolcott Hill Road
Wethersfield, CT 06109

TO:  DISTRICT ADMINISTRATORS
     WARDENS

FROM:  Brian K. Murphy, Deputy Commissioner

DATE:  March 25, 2004

RE:  INMATE ACCESS TO CONNECTICUT COURTS

Attached please find a notice to the inmate population regarding access to Connecticut courts. In addition to the memo, you will find additional related information regarding access to courts. Please be advised that you are to take the following action:

1. Post both the Notice to the Inmate Population and the related information in all housing units and Libraries;
2. Educate and have copies available for staff that deal with the inmate population; i.e. unit managers and counselors;
3. Add the enclosed notice and related information to the Inmate Handbook, in its entirety;
4. Provide the attached habeas form in locations where other court related forms are currently stored;
5. All other court related forms are to be removed from the facility.

In regards to photocopying for inmates, such requests shall be processed in accordance with Administrative Directive 3.10, Fees, and Reimbursements, specifically Section 8C.

Please contact my office if you have any questions.

BM/llm

Attachment

cc:  Theresa C. Lantz, Commissioner
     Carol Salsbury, Deputy Commissioner
     Dennis Jones, Director
     Mary Johnson, Director
     Brian Garnett, Director
     Steve Strom, Assistant Attorney General
     file

I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself, or elsewhere, that I can afford a lawyer, the lawyer may give this information to the court. See Local Rule 29(b)(4) and (g).

I understand that if my answers on my application to proceed in forma pauperis and/or on this application for appointment of counsel are false, my case may be dismissed. See 28 U.S.C. §1915(e).

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved from appointment as provided in Local Rules 29(c) and (d).

I understand that filing this motion does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with process in accordance with Rule 4 of the Federal Rules of Civil Procedure, if I have not already done so. I also understand that filing this motion does not stay this case and does not excuse me from responding to any motion filed by the defendants.

2/25/05
Date

Original Signature of Movant

6