UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernnadez, pro-se        :        PRISONER        FILED

V.                            :        case: 3:01cv1807(JBA) JUN -7 A 9:31

Robet Paquette, et al         :        May 23,2005     U.S. DISTRICT COURT
                                                       BRIDGEPORT, CONN

MOTION FOR APPLICATION FOR PRE-JUDGMENT REMEDY
To the honorable court of the United States D.court District
of Conn. the undersigned represents:

1. That the plaintiff is about to commence an cation against
the defendants R.Paquette, R.Williams, Fisher, Merullo, M.Trohal-
is, Ramos, Nolan, T.Barcello, M.Scocoza, M.Esserman, Halas,
Stewart, Leblanc, and P.Carroll III pursuant to the attached
proposed unsigned writ, summons, amend. complaint and affidavit,(
see original complaint of plaintiff).

2. That there is probable cause that a judgment will be rendered
in the matter in favor of the applicant and to secure the judgme-
nt the applicant seeks and order from this court directing that
the following pre-judgment remedy be issued to secure the sum
of $ 10,000,000.00.

A) To attach sufficient property of the defendants to secure
the sum of $ 10,000,000.00.

B) To garnishee defendants: wives, spouses and any other john
doe/jane doe as they're the agents, trustee, debtor of the defen-
dants and has concealed in his/her possession property of the
defendants and is in debt to him/her.

C) To size any and all jewerely that has been paid for in full.

D) To size any and all pay check's from his/her account's, stocks

, bonds' and all joint account's of the defendants.

2) TO size any and all types of house's auto-moblie, home's
, trailers and any type of thing which is to believed in by
a person which is fully paid for.

3. The plaintiff request such seizure pursuant to the Conn.Gen.
Stat. § 52-278(a),(b),(c),(d),(e),(f),(g),(h),(i) of chapter
903a "prejudgment remedies in accordance with Federal Rules
of civil procedures Rule 64.

For the foregoing reasons this court should grant this motion
and seized the item's things and valuables to pay the DEBT.

RESPECTFULLY SUBMITTED,

_____
Luis Fernandez,
M.C.I.
1153 east st. south,
suffield,CT 06080

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to
the district court clerk on this 23 day of May,2005.

_____
Luis Fernandez,pro-se