UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernnadez, pro-se            :        PRISONER FILED

V.                                :        case: 3:01Cv1807(JBA)       2005 JUN 24 P 2:08

                                                                 U.S. DISTRICT COURT
Robert paquette, et al            :        June 8, 2005           BRIDGEPORT, CONN

PLAINTIFF RENEW MOTION FOR CHANGE IN VENUE

The plaintiff pro-se upholding his fundamental rights and civil rights protection respectfully request for change in venue to Hartford Federal district court as a district or division where this civil action can be brought since all defendants reside in connecticut and the incident giving rise to this action also occurred in connecticut.

In this case while at the united states district court (new haven) the plaintiff pro-se has requested to disqualify judge JBA which judge denied and were it is to be consider judocatory impartiality or abuse of discretion that will eventually affect plaintiff pro se interest of justice.

Also, since this case all defendants reside in connecticut and the incident giving rise to this action occurred in conn. the district court can transfer to another district courthouse within connecticut jurisdiction, 28 U.S.C.§ 1406(A).

Wherefore, the plaintiff pro se without regard for technicalites request for the transfer of this action to Hartford District court be made in the interest of justice.

RESPECTFULLY SUBMITTED,

Luis Fernandez, pro-se
M.C.I.,
1153 east st. south,
suffield, Ct. 06080

CERTIFICATION
I hereby certify that a copy of the foregoing was mailed to the following court or clerks office on this 8 day of June, 2005.

Office of the clerks,
U.S.D.C.,
915 lafayette bolvd., bridgeport, Ct. 06604        Luis Fernandez
               2 of 2