UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez, pro-se : PRISONER

V. : case: 3:01cv1807(JBA)

Robert paquette, et al : June 8, 2005

FILED
2005 JUN 24 P 2:08
DISTRICT COURT
BRIDGEPORT, CONN

MOTION FOR PROCESS AND SERVICE

now comes the plaintiff pro se upholding his fundanmental rights and civil rights protection moves pursuant to § 1983, § 1915 and under rule 4(M), F.R.C.P. for process and service of the verified second amended complaint date 3/24/05 with attached marked exhibits A threw G in support of the factual paragraphs 1 threw 51 claims.
The plaintiff pro-se since 3/24/05 has mailed this district court the 14 teen copies of the second amended complaint and US dept. of justice united states marshal service forms completed for which ruling and order doc.# 26 this district court has not provided any notice of ruling nor service were the plaintiff pro se bringing civil rights suit granted In forma pauperis is entitle to the following procedural protections:

A) process issued and serviced.
B) notice of any motion thereafter made by defendant or the court to dismiss the complaint and the grounds therefore.
c) an opportunity to at least submit a written memorandum in opposition to such motion.
D) In the event of dismissal, a statement of the grounds therefor
E) an opportunity to amend the complaint to overcome the deficiency unless it clearly appears from the complaint that the deficiency cannot be overcome by amendment.
Also, the plaintiff pro-se since 6/2/05 has submitted a motion for appointment of counsel pro bono were there has been a delay to notify its order.
Wherefore, the effective of the process and service shall be made in comply with civil rights § 1915 and rule 4(M) F.R.C.P.

1 of 2

Case 3:01-cv-01807-JBA   Document 35   Filed 06/24/2005   Page 2 of 2

RESPECTFULLY SUBMITTED,

_____
Luis Fernandez, pro-se
#279900
M.C.I.,
1153 east st. south,
suffield, Ct. 06080

CERTIFIACTION

I hereby certify that a copy of the foregoing was mailed to the following court or clerks office on this 8 day of June, 2005.

Office of the clerks,
U.S.D.C.,
915 lafayette bolvd.,
bridgeport, Ct. 06604

_____
Luis Fernandez
Pro se