UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Luis Fernandez, pro-se | : | PRISONER |
| v. | : | case:3:01cv1807(JBA) |
| Robert Paquette, et al | : | June 8, 2005 |

FILED
2005 JUN 24 P 2:08
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

PROOF OF SERVICE

Luis Fernandez, states under the penalty of perjury that he mailed a copy of the Motion for Process and Service, and Plaintiff renew Motion for change in venue, to the office of the clerks, U.S.D.C., 915 lafayette boulevard, Bridgeport, CT 06604, by placing them in an envelope and placed them in the main hall legal mail box at the M.C.I., suffield, CT on june 8, 2005.

RESPECTFULLY SUB.,
_____
Luis fernandez, pro-se
M.C.I., 1153 east st. south,
suffield, ct 06080

CERTIFICATION

I hereby certify that the foregoing was mailed to the following office of the clerks on this 8 day of June, 2005.

Office of the Clerks,
U.S.D.C.,
915 lafayette bolvd.,
bridgeport, ct 06604

_____
Luis Fernandez pro-se