UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez          :          PRISONER

V.                      :   case: 3:01cv1807(JBA)

Robert Paquette, et al  :   Date: July 1, 2005

MOTION FOR SPECIAL PROCECUTOR

Now comes the plaintiff pro-se holding to the protection of his civil rights, Jones V. Rundle, 453 F.2d 147; Hugh v. Poe, 453 F.2d 1471, and quoting U.S.Const. Art. II § 3, 28 U.S.C.§§ 516, 547 requests this court to appoint a federal prosecutor in this case to decide whether to bring charges and what charges to bring against defendants were a Federal Prosecutor responsability " to take care that the laws be faithfully executed'U.S. V. Armstrong, 517 U.S. 456, 464 (1996).
In support, this case consist of deprivation of rights protected by federal constitution or laws pursuant under 18 U.S.C.§§ 241, 242, 1621 which the appointment of special prosecutor has the broad prosecutorial discretion to bring proper charges under any statute violated by the defendants without regard to penalty, as long as prosecution not discriminatory. U.S. V. Batchelder, 442 U.S. 114, 123-25(1974);U.S. V. Sherman, 150 F.3d 306, 318(3d cir.1998)(Prosecutor proper under 18 U.S.C.§ 1621 even though 18 U.S.C.§ 1623 is more specific), and U.S. V. Lawrence, 179 F.3d 343,347(5 cir.1999)(Prosecutor decides whether to bring charges and what charges to bring).

              The Factors to be Considered
1. The warrants, affidavits, Incident reports and their application which are all marked as exhibits in support of plaintiff deprivation of rights protected by federal constitution or laws, see 28§591c(1)(2).
2. The source of the information derives from evidence obtained illegally by electronic device, noncompliance with warrant requirements, false affidavits to mislead judge in obtaining warrant and investigation of judge or employee of justice dept. who

acted as a rubber stamp can be consider for examination of information to determine need for preliminary investigation, see 28 § 591 d(1)(2).

Wherefore, specific circumstances under which a special prosecutor may be appointed by a division of the court has been established for that purpose as plaintiff pro-se alleged in this case, appointment of special prosecutor is warranted under 28 U.S.C.§§ 591-598.

RESPECTFULLY SUBMITTED,

_____
Luis Fernandez, pro-se
M.C.I.
1153 east st. south,
suffield,CT 06080

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following OFFice oF THE clerks on this 1 day of July, 2005.

OFFice OF THE clerks,
U.S.D.C.
915 lafayette Bolvd,
Bridgeport, CT 06604

_____
Luis Fernandez, pro-