UNITED  STATES DISTRICT COURT
DISTRICT FILED CONNECTICUT

Luis Fernandez, Pro-se          PRISONER
2005 JUL 15 P 1:02
U.S. DISTRICT COURT          CASE: 3:01 CV 1807 (JBA)

V.

                              July 1, 2005

Robert Paquette, et al    :

MOTION  FOR APPOINTMENT OF COUNSEL

Plaintiff Luis Fernandez under Pro-se fundamental
Right protection and his civil Rights pursuant to §§
1983, 1988 And 1915, request this Court to Appoint
Counsel to Represent him in this case for the following
Reasons:

1. Plaintiff is not Able to Afford Counsel, see I.F.P. granted.

2. The issues involved in this case Are complex And criminal
   in Nature were Counsel is necessary for better explanation
   of the Record issues and presentation of the claims.

3. The Connecticut State & PRISON system is corruptly
   involved in denying And Conspiring to deny guarantee
   Court Access intentionally to harm pro-se prisoners
   such as the plaintiff pro-se for upholding their
   Rights At the Courts of law.

                    1 of 2

4. Plaintiff has a limited knowledge of law.

5. The Ends of Justice would best be served in this Case if an Attorney was appointed to represent the plaintiff pro-se.

Respectfully sub,

Luis Fernandez, pro-se
M.C.I
1153 east st south,
Suffield, CT 06080

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the office of the clerks on this 1 day of July, 2005.

OFFice of THE clerks
U.S.D.C.
915 Lafayette Bolud.,
Bridgeport CT 06604

Luis Fernandez
Pro-se

2 of 2