UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2005 AUG -9 P 1:54

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| **LUIS FERNANDEZ** | : | **CIVIL ACTION** |
| | : | **PRISONER** |
| Plaintiff | : | **CASE #: 3:01 CV 1807 (JBA)** |
| V. | : | |
| **ROBERT PAQUETTE ET AL** | : | |
| Defendants | : | August 5, 2005 |

## APPEARANCE

Please enter my appearance on behalf of the Defendants, Former Chief Dean Esserman, Officer Thomas Barcello, Sergeant Duncan Stewart, individually and in their official capacities.

THE DEFENDANTS,
OFFICER THOMAS BARCELLO, CHIEF
DEAN ESSERMAN AND SERGEANT
DUNCAN STEWART

THOMAS M. CASSONE
DIRECTOR OF LEGAL AFFAIRS

BY _____
JAMES V. MINOR
ASSISTANT CORPORATION COUNSEL
(Bar No. CT 06713)
888 Washington Blvd.
P.O. Box 10152
Stamford, CT 06904-2152
(203) 977-4087

## CERTIFICATION OF SERVICE

A copy of the foregoing appearance was mailed, postage prepaid, to:

Luis Fernandez
279900
MacDougall-Walker Correctional Institution
1153 East Street South
Sufield, CT 06080

Danbury Corporation Counsel's Office
155 Deer Hill Avenue
Danbury, CT 06810

By: _____
James V. Minor