UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 AUG 24 A 9:12
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Luis Fernandez, pro-se         :    PRISONER

V.                             :    Case: 3:01cv1807(JBA)

Robert Paquette, et al         :    8/15/05

MOTION TO CORRECT RECORD

Now comes the plaintiff pro-se upholding his pro-se fundamental rights protection and civil rights respectfully moves this court for an order correcting the record where the second amended complaint submitted on 3/24/05 and service made was to defendants Robert Paquette, et al in their individual capacities **not** official cap. as the Ass.Corp.Counsel Jamies V.Minor appearance filed dated 8/5/05 reflects.

Wherefore, the correction of the record must be made to defendant Robert Paquette,et al being sued only in their individual cap. and **not** in their official cap.

RESPECTFULLY SUBMITTED,

Luis Fernandez,pro-se

Oral argument requested.

1153 east st. south,
suffield, CT.06080

CERTIFICATION
I hereby certify that a copy of the foregoing was made to the following defendants attorney on this 15 day of August,2005.

James V.Minor,
Ass.Corp.Att.
888 washington Blvd.,
P.O.BOX 10152
stamford, Ct. 06904-2152

Luis Fernandez,pro-se.