UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez, pro-se       :       PRISONER

V.                           :       Case: 3:01cv1807(JBA)

Robert Paquette, et al       :       8/15/05

FILED
2005 AUG 24 A 9: 12
U.S. DISTRICT COURT
BRIDGEPORT, CONN

MOTION FOR PROOF OF SERVICE

Luis Fernandez, state under the penalty of perjury that he mailed a copy of the motion to correct record to defendants att. James V. Minor, Ass.Corp.Att., 888 washington blovd.,P.O.Box 10152, stamrod,Ct 06904-2152, by placing them in an envelope and place them in the main hall legal mailbox at the Conn.MAcdougall C.I., suffiled,Ct. on 8/15/05.

RESPECTFULLY SBUMITTED,

_____
Luis Fernandez, pro-se
# 279900
1153 east st. south,
suffield,Ct.06080

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following defendants Att. on this 15 day of august,2005.

James V. Minor,
Ass.Corp.Counsel
88 washington blovd.,
P.O.Box 10152,
Stamford, Ct.06904-2152

_____
Luis Fernandez, pro-

1 of 1