UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER |
| | : | NO.: 3:01CV01807 (JBA) |
| v. | : | |
| | : | |
| DIRECTOR JADE ALEXANDER, ET AL | : | AUGUST 25, 2005 |

## **APPEARANCE**

      Please enter the appearance of John J. Radshaw, III, as attorney for the defendants, Detective Nolan, Detective Ramos, Detective Mark Trohalis, Detective John Merullo, Detective Sgt. Fisher, Officer Robert Williams and Chief Robert Paquette, in the above-captioned matter.

DEFENDANTS,
DETECTIVE NOLAN,
DETECTIVE RAMOS,
DETECTIVE MARK TROHALIS,
DETECTIVE JOHN MERULLO,
DETECTIVE SGT. FISHER,
OFFICER ROBERT WILLIAMS
CHIEF ROBERT PAQUETTE,


By\_\_\_/s/ John J. Radshaw, III\_\_\_\_
   John J. Radshaw, III, ct19882
   Howd & Ludorf, LLC
   65 Wethersfield Avenue
   Hartford, CT  06114
   (860) 249-1361
   (860) 249-7665 (Fax)
   E-Mail:  jradshaw@hl-law.com

## **CERTIFICATION**

       This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following pro se party this 25th day of August, 2005.

Mr. Luis Fernandez  
Inmate Number 279900  
MacDougall-Walker  
 Correctional Institution  
1153 East Street, South  
Suffield, CT 06080

James V. Minor, Esquire  
City of Stamford  
Office of Legal Affairs  
888 Washington Boulevard  
Stamford, CT 06904-2152

                                                  /s/ John J. Radshaw, III  
                                              John J. Radshaw, III