UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

Luis Fernandez, pro-se

2005 SEP 14 P 3:45

U.S. DISTRICT COURT
BRIDGEPORT, CONN

V.

PRISONER
CASE: 3:01CV01807
(JBA)

Robert Paquette, et al  :     9/1/05

## MOTION FOR AN ORDER TO EFFECT SERVICE AT ALTERNATIVE ADDRESS

Now comes the plaintiff pro-se upholding his fundamental Rights and the protection of his civil Rights hereby Moves this Court for an order to effect service at alternative address pursuant to Fed. R.C.P. and State laws.

The Federal Rules of Civil Procedure under Rule 4 (e)(1)(2) Service upon Individuals within a Judicial District of the United States allows service to be made upon the individuals Laurie Leblanc from Reagan Mill Road, Wingdale, N.Y., and Patric Carroll from the Danbury Superior Court, 146 White St., Danbury, Conn. 06810, pursuant Conn. Gen. Stat. § 52-64 at the STATE ATTORNEY GENERAL office by leaving a true and attached copy to service Summon and Amended Complaint at 55 Elms St., Hartford, CT 06106

Wherefore, this Court must enter an order to effect service at the alternative address pursuant to Fed. Rules. C. P. Rule 4 (e)(1)(2) and Conn. Gen. Statute § 52-64.

ORAL ARGUMENT REQUESTED.

RESPECTFULLY SUB.,

Luis Fernandez
Pro-Se
1153 East St. South,
Suffield, CT 06080

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following defendants attorney on this 1 day of Sept. 2005.

John J. Radshaw III
65 Wethersfield ave.,
Hartford, CT 06114

Luis Fernandez
Pro-se

James V. Minor
Assistant Cor. Counsel
888 Washington Blvd.,
P.O. Box 10152
Stamford, CT 06904-2152