UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez, pro-se  :  PRISONER

FILED
2005 SEP 14 P 3:45
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Case: 3:01 CV 1807 (JBA)

V.

9/1/05

Robert Paquette, et al  :

## MOTION TO MAKE PART OF RECORD PLAINTIFF PRO-SE REQUESTS PURSUANT RULE 34, 36 & 33, F.R.C.P. ON 9/1/05 FILED.

Plaintiff pro-se in protection of his civil Rights and fundamental Rights requests to make part of the case Record plaintiff pro-se Requests pursuant Rule 34, 36 and 33 as for the following reasons:

1. The plaintiff pro-se submitted on 9/1/05 to the defendants pursuant Rule 34 Request for Production of Documents pgs 1 of 1 with Schedule "A" pgs 1 of 2, Rule 36 Request for Set of Admissions pgs 1 of 3, Rule 36 Request for Second set of Admissions pgs 1 of 5, Rule 33 Request of First Set of Interrogatories pgs 1 of 4 and Rule 33 Request of Second set of Interrogatories pgs 1 of 3, which within 30 days' of service the defendants must answer and state their Reasons.

1 of 2

2. Discovery Rules are given broad and liberal treatment which is part of Record.

3. Plaintiff pro-se has already being granted I.F.P. where a Cause of action exists.

Wherefore, the Plaintiff pro-se for the foregoing reasons request to make Part of Record the filed Requests pursuant Rule 34, 36 and 33, F.R.C.P. on 9/1/05 as provided from the Proof of service herein attached.

Oral Argument Requested.

RESPECTFULLY SUB.,

Luis Fernandez, pro-se
#279900
1153 east st South,
Suffield, CT 06080

### CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 1 day of Sept. 2005.

ATT. J.J. Radshaw III,
65 Wethersfield ave.,
Hartford, CT 06114

Luis Fernandez
Pro-se

ATT. James V. Minor, 888 Washington Blvd.,
P.O.Box. 10152, Stanford, CT 06904-2152