FILED

2005 SEP 16 P 12: 37

U.S. DISTRICT COURT
BRIDGEPORT, CONN

**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER |
| | : | NO.: 3:01CV01807 (JBA) |
| v. | : | |
| | : | |
| DIRECTOR JADE ALEXANDER, ET AL | : | SEPTEMBER 15, 2005 |

### APPEARANCE

Please enter the appearance of John J. Radshaw, III, as attorney for the defendant, Detective Rachael Nolan-Halas, in the above-captioned matter.

DEFENDANT,
DETECTIVE RACHAEL NOLAN-HALAS,

_____
John J. Radshaw, III, ct19882
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361
(860) 249-7665 (Fax)
E-Mail: jradshaw@hl-law.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following pro se party this 15th day of September, 2005.

Mr. Luis Fernandez
Inmate Number 279900
MacDougall-Walker
 Correctional Institution
1153 East Street, South
Suffield, CT 06080

James V. Minor, Esquire
City of Stamford
Office of Legal Affairs
888 Washington Boulevard
Stamford, CT 06904-2152

_____
John J. Radshaw, III