UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LUIS FERNANDEZ | : PRISONER |
| | : NO.: 3:01 CV 1807 (JBA) |
| v. | : |
| | : |
| ALEXANDER, ET AL | : SEPTEMBER 15, 2005 |

FILED
2005 SEP 16 P 12:37
U.S. DISTRICT COURT
BRIDGEPORT, CONN

## MOTION TO DISMISS

Pursuant to Fed.R.Civ.P. 12(b) and 12(c), the defendants, DETECTIVE R. HALLAS, DETECTIVE NOLAN, DETECTIVE RAMOS, DETECTIVE MARK TROHALIS, DETECTIVE JOHN MERULLO, DETECTIVE SGT. FISHER, OFFICER ROBERT WILLIAMS CHIEF ROBERT PAQUETTE, hereby move the Court to dismiss the plaintiff's Amended Complaint served upon these defendants.

In support of this motion, the defendants offer as follows:

1. It is the law of the case that the claims against the Danbury defendants in the amended complaint should be dismissed because they do not relate back to the initial filing of the lawsuit and are therefore barred by the statue of limitations.

2. The applicable statute of limitations is a complete bar to the plaintiff's federal claims against the Danbury defendants.

3. In addition, the plaintiff's failure to serve the defendants within the state statute of limitations period is a complete bar to the plaintiff's state law claims against the Danbury defendants.

4. The amended complaint is barred by *res judicata* and should be dismissed as to the Danbury defendants because the plaintiff had the opportunity to raise those claims in two other lawsuits against the same defendants or those in privity.

5. The plaintiff has failed serve any of the Danbury defendants within 120 days of filing or within the time specified by the court; accordingly, the amended complaint should be dismissed pursuant to Fed.R.Civ.P. 4(m); and

6. The plaintiff's federal claims are barred by the application of Heck v. Humphrey, 512 U.S. 477, 114 S.Ct. 2364, 129 L.Ed. 2d 383 (1994).

For the reasons set forth above, the defendants pray that their motion to dismiss is granted.

THE DEFENDANTS,
DETECTIVE R. HALLAS, DETECTIVE NOLAN, DETECTIVE RAMOS, DETECTIVE MARK TROHALIS, DETECTIVE JOHN MERULLO, DETECTIVE SGT. FISHER, OFFICER ROBERT WILLIAMS CHIEF ROBERT PAQUETTE,

/s/ John J. Radshaw, III
John J. Radshaw, III, ct19882
HOWD & LUDORF, LLC
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361
(860) 249-7665 (Fax)

## **CERTIFICATION**

     This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following pro se party this 15th day of September 2005.

| | |
|---|---|
| Mr. Luis Fernandez<br>Inmate Number 279900<br>MacDougall-Walker<br>  Correctional Institution<br>1153 East Street, South<br>Suffield, CT 06080 | James V. Minor, Esquire<br>City of Stamford<br>Office of Legal Affairs<br>888 Washington Boulevard<br>Stamford, CT 06904-2152 |

/s/ John J. Radshaw, III
John J. Radshaw, III