UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

LUIS FERNANDEZ           :   PRISONER      2005 SEP 16  P 12: 38
                         :   NO.: 3:01 CV 1807 (JBA)
v.                       :
                         :                    U.S. DISTRICT COURT
                         :                    BRIDGEPORT, CONN
ALEXANDER, ET AL         :   SEPTEMBER 15, 2005

## MOTION TO STAY DISCOVERY

Pursuant to Fed.R.Civ.P. 26(c) and 26(d), the defendants, DETECTIVE R. HALLAS, DETECTIVE NOLAN, DETECTIVE RAMOS, DETECTIVE MARK TROHALIS, DETECTIVE JOHN MERULLO, DETECTIVE SGT. FISHER, OFFICER ROBERT WILLIAMS CHIEF ROBERT PAQUETTE, hereby move the court for an order staying merits discovery until the disposition of the defendants motion to dismiss dated September 15, 2005.

Because the plaintiff's amended complaint is barred by jurisdictional reasons, the defendants have met the burden of establishing "good cause" for a protective order staying discovery until the motion to dismiss is decided.

For the reasons set forth above, the defendants pray that their motion to stay discovery is granted.

THE DEFENDANTS,
DETECTIVE R. HALLAS, DETECTIVE
NOLAN, DETECTIVE RAMOS, DETECTIVE
MARK TROHALIS, DETECTIVE JOHN
MERULLO, DETECTIVE SGT. FISHER,
OFFICER ROBERT WILLIAMS CHIEF
ROBERT PAQUETTE

/s/ John J. Radshaw, III
John J. Radshaw, III, ct19882
HOWD & LUDORF, LLC
65 Wethersfield Avenue
Hartford, CT 06114
(860) 249-1361
(860) 249-7665 (Fax)

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following pro se party this 15th day of September 2005.

Mr. Luis Fernandez
Inmate Number 279900
MacDougall-Walker
 Correctional Institution
1153 East Street, South
Suffield, CT 06080

James V. Minor, Esquire
City of Stamford
Office of Legal Affairs
888 Washington Boulevard
Stamford, CT 06904-2152

/s/ John J. Radshaw, III
John J. Radshaw, III

2