FILED

2005 SEP 16  P 12: 35

UNITED STATES DISTRICT COURT   U.S. DISTRICT COURT
DISTRICT OF CONNECTICUT        BRIDGEPORT, CONN

| | |
|---|---|
| LUIS FERNANDEZ | : PRISONER |
| | : NO.: 3:01 CV 1807 (JBA) |
| v. | : |
| | : |
| ALEXANDER, ET AL | : SEPTEMBER 15, 2005 |

## MOTION FOR ENLARGEMENT OF TIME

Pursuant to D. Conn. L. Civ. R. 7 and Federal Rules of Civil Procedure 36, the defendants, DETECTIVE R. HALLAS, DETECTIVE NOLAN, DETECTIVE RAMOS, DETECTIVE MARK TROHALIS, DETECTIVE JOHN MERULLO, DETECTIVE SGT. FISHER, OFFICER ROBERT WILLIAMS CHIEF ROBERT PAQUETTE, hereby move the Court for an enlargement of time of 60 days, up to and including November 15, 2005, in which to answer, object or otherwise respond to plaintiff's requests for admissions dated September 1, 2005. Plaintiff has certified that the requests for admissions were mailed on September 1, 2005. However, the defendants did not receive said requests until September 14, 2005. The requested additional time will be necessary to coordinate the information required to prepare appropriate responses.

The plaintiff is a prisoner, incarcerated at MacDougall-Walker Correctional Institution in Suffield, Connecticut. It is impracticable to contact him and as such defendants are unable to ascertain whether he agrees with or objects to this motion.

ORAL ARGUMENT IS NOT REQUESTED

WHEREFORE, the defendants request that its Motion for Enlargement of Time up to and including November 15, 2005, be granted.

>                    DEFENDANTS,
>                    DETECTIVE R. HALLAS, DETECTIVE
>                    NOLAN, DETECTIVE RAMOS,
>                    DETECTIVE MARK TROHALIS,
>                    DETECTIVE JOHN MERULLO,
>                    DETECTIVE SGT. FISHER, OFFICER
>                    ROBERT WILLIAMS CHIEF ROBERT
>                    PAQUETTE,
>
>                    _____
>                    John J. Radshaw, III (ct19882)
>                    Howd & Ludorf, LLC
>                    65 Wethersfield Avenue
>                    Hartford, CT  06114
>                    (860) 249-1361
>                    (860) 249-7665 (Fax)

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following pro se party this 15th day of September, 2005.

Mr. Luis Fernandez
Inmate Number 279900
MacDougall-Walker
 Correctional Institution
1153 East Street, South
Suffield, CT 06080

James V. Minor, Esquire
City of Stamford
Office of Legal Affairs
888 Washington Boulevard
Stamford, CT  06904-2152

_____
John J. Radshaw, III