UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| LUIS FERNANDEZ | : | PRISONER |
| | : | NO.: 3:01 CV 1807 (JBA) |
| v. | : | |
| | : | |
| ALEXANDER, ET AL | : | SEPTEMBER 16, 2005 |

## MOTION TO DISMISS

Pursuant to Fed.R.Civ.P. 12(b) and 12(c), the defendants, Police Officer

Barcello, Sergeant Stewart and former Chief Esserman, hereby move the Court to

dismiss the plaintiff's Amended Complaint served upon these defendants.

In support of this motion, the defendants offer as follows:

1.     It is the law of the case that the claims against the Stamford

defendants in the amended complaint should be dismissed

because they do not relate back to the initial filing of the lawsuit and

are therefore barred by the statue of limitations.

2.    The applicable statute of limitations is a complete bar to the

plaintiff's federal claims against the Stamford defendants.

3.    In addition, the plaintiff's failure to serve the defendants within the

state statute of limitations period is a complete bar to the plaintiff's

state law claims against the Stamford defendants.

4.    The amended complaint is barred by *res judicata* and should be

dismissed as to the Stamford defendants because the plaintiff had

the opportunity to raise those claims in two other lawsuits against

the same defendants or those in privity.

5.    The plaintiff has failed serve any of the Stamford defendants within

120 days of filing or within the time specified by the court;

accordingly, the amended complaint should be dismissed pursuant

to Fed.R.Civ.P. 4(m); and

6.    The plaintiff's federal claims are barred by the application of *Heck*

   *v. Humphrey*, 512 U.S. 477, 114 S.Ct. 2364, 129 L.Ed. 2d 383

   (1994).

For the reasons set forth above, the defendants pray that their motion to dismiss

is granted.

THE DEFENDANTS,

POLICE OFFICER BARCELLO
SERGEANT STEWART
FORMER CHIEF ESSERMAN

THOMAS M. CASSONE
DIRECTOR OF LEGAL AFFAIRS

BY _____
JAMES V. MINOR
ASSISTANT CORPORATION COUNSEL

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following pro se party this 16th day of September 2005.

Mr. Luis Fernandez
Inmate Number 279900
MacDougall-Walker
 Correctional Institution
1153 East Street, South
Suffield, CT 06080

John J. Radshaw, III
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

By: _____
James V. Minor