UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER |
| | : | NO.: 3:01 CV 1807 (JBA) |
| v. | : | |
| | : | |
| ALEXANDER, ET AL | : | SEPTEMBER 16, 2005 |

## MOTION TO STAY DISCOVERY

Pursuant to Fed.R.Civ.P. 26(c) and 26(d), the defendants, Police Officer Barcello, Sergeant Stewart and Former Chief Esserman, hereby move the court for an order staying merits discovery until the disposition of the defendants motion to dismiss dated September 16, 2005.

Because the plaintiff's amended complaint is barred by jurisdictional reasons, the defendants have met the burden of establishing "good cause" for a protective order staying discovery until the motion to dismiss is decided.

For the reasons set forth above, the defendants pray that their motion to stay discovery is granted.

THE DEFENDANTS,
POLICE OFFICER BARCELLO
SERGEANT STEWART
FORMER CHIEF ESSERMAN

THOMAS M. CASSONE
DIRECTOR OF LEGAL AFFAIRS

BY *(signature)*
JAMES V. MINOR
ASSISTANT CORPORATION COUNSEL

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following pro se party this 16th day of September 2005.

Mr. Luis Fernandez
Inmate Number 279900
MacDougall-Walker
  Correctional Institution
1153 East Street, South
Suffield, CT 06080

John J. Radshaw, III
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

By: *(signature)*
James V. Minor

2