# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Luis Fernandez, pro-se        :        PRISONER
                                       3:01 CV 1807 (JBA)
V.                            :

Chief Robert Paquette, et al :        Sept. 18, 2005

## MOTION IN OPPOSITION TO DEFENDANTS ENLARGEMENT OF TIME

The plaintiff pro-se is the litigant in this suit whom even while incarcerated can be contacted by mail or phone if the defendants realy wish to communicate or have any discussions regarding the case and motions filed. The defendants have a 30 day windo as to comply with Rules 36, 33 and 34, F.R.C.P.
Wherefore, the plaintiff pro-se opposes to defendants 60 days enlargement of time for which 30 days that are already running is enough time to comply with the interrogatories, Admissions and Request for production.

ORAL ARGUMENT Requested

Respectfully Submitted,

Luis Fernandez
Plaintiff pro-se

1 of 2

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 18 day of Sept. 2005.

James V. Minor, Esq.
ATT.
888 Washington Blvd.,
Stanford, CT  06904-2152

Luis Fernandez
Pro-SC

J. J. Radshaw, III
ATT.
65 Wethersfield ave.,
Hartford, CT  06114

2 of 2