# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Luis Fernandez, pro-se : PRISONER
: 3:01 CV 1807 (JBA)
V. :
: Sept. 18, 2005
Chief Robert Paquette, et al :

## MOTION FOR PROOF OF SERVICE

Luis Fernandez, states under the penalty of perjury that he mailed a copy of the Motion IN Opposition to defendants Enlargement of time to defendants Attorneys James V. Minor, 888 Washington Blvd., Stamford, CT 06904-2152 & J.J. Radshaw, III, 65 Wethersfield ave., Hartford, CT 06114 by placing them in envelopes and placed them in the Main hall legal Mail box at the Conn. M.C.I., Suffield, CT on Sept. 18, 2005.

RESPECTFULLY SUB.,

Luis Fernandez
Plaintiff pro-se

## CERTIFICATION

I hereby certify that a copy of the foregoing was Mailed to the following on this 18 day of Sept. 2005.

1 of 2

## CERTIFICATION

I hereby certify that a copy of the foregoing was Mailed to the following on this 18 day of Sept. 2005.

James V. Minor, Esq.
Att.
888 Washington Blvd.,
Stanford, CT 06904-2152

J. J. Radshaw III
Att.
65 wethersfield ave.,
Hartford, CT 06114

Luis Fernandez
Plaintiff pro-se