UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LUIS FERNANDEZ                          :
                                        :         PRISONER
      v.                                :    CASE NO. 3:01CV1807(JBA)
                                        :
DIRECTOR JADE ALEXANDER, et al.         :

RULING AND ORDER

Pending are motions filed by members of the Danbury Police Department[1] ("Danbury defendants") and Stamford Police Department[2] ("Stamford defendants"). The Danbury defendants and Stamford defendants have filed motions to dismiss on the ground that plaintiff's claims are time-barred. Along with the motions to dismiss, they have filed motions to stay discovery until the motion to dismiss is decided. In addition, the Danbury defendants have filed two motion for extension of time to respond to specific discovery requests.

The motions to stay discovery [**docs. ##52, 56**] are **GRANTED**. The parties shall not serve any additional discovery requests until after the court rules on the motions to dismiss and no responses to any pending discovery requests need be served until **thirty (30)** days after the court rules on the motions to dismiss. In light of this order, the Danbury defendants' motions for extension of time [**docs. ##53, 54**] are **DENIED** as moot. Plaintiff

is reminded that his response to the Danbury defendants' motion to dismiss must be filed on or before **October 7, 2005,** and his response to the Stamford defendants' motion to dismiss must be filed on or before **October 10, 2005.**

**SO ORDERED** this 30th day of September, 2005, at New Haven, Connecticut.

/s/ Janet Bond Arterton
United States District Judge

[1] Defendants Halas, Nolan, Ramos, Trohalis, Merullo, Fisher, Williams and Paquette.
[2] Defendants Stewart, Esserman and Barcello.