# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**FILED**

Luis Fernandez, pro- 2005 SEP. 30 A 10: PRISONER

U.S. DISTRICT COURT  3:01CV01807 (JBA)
BRIDGEPORT, CONN

V.

Sept. 23, 2005

Robert Paquette, et al :

## MOTION FOR PROOF OF SERVICE

Luis Fernandez, states under the penalty of perjury that he mailed a copy of the third set of admissions, Motion in opposition and objection over defendants Motion to Stay Discovery, Motion for Approval of Real Estate Attachment, and Motion in opposition and objection over defendants Motion to Dismiss on Sept. 23, 2005 to defendants Attorneys J.J. Radshaw III, 65 Wethersfield ave, Hartford, CT 06114, and James V. Minor, Ass. Counsel, 888 Washington Blvd., P.O. Box 10152, Stamford, CT 06904-2152 by placing them in envelopes and placed them in the main hall legal mail box at the Conn. M.C.I., Suffield, CT on Sept. 23, 2005.

1 of 2

RESPECTFULLY SUB.,

Luis Fernandez
Plaintiff / Pro-se

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 23 day of Sept. 2005.

ATT. J.J. Radshaw III,
65 Wethersfield ave.,
Hartford, CT 06114

James V. Minor,
888 Washington Blvd.,
P.O. Box 10152
Stanford, CT 06904-2152

Luis Fernandez
Plaintiff / Pro-se