UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

Luis Fernandez, pro-se    2005 SEP 30 A 10:10   PRISONER

U.S. DISTRICT COURT
BRIDGEPORT, CONN.    01CV1807 (JBA)

V.

Sept. 23, 2005

Robert Paquette, et al    :

## MOTION FOR APPROVAL OF REAL ESTATE ATTACHMENT

To the honorable Court of the United States D. Court District of Conn. the undersigned Represents:

1. The plaintiff pro se Commenced an action against the defendants, Robert Paquette, Robert Williams, Fisher, J. Merullo, Mark Trohalis, Luis Ramos, Nolan, T. Barcello, Mark Scocoza, Dean M. Essenion, R. Halas, D. Stewart, Laurie Leblanc and Patrick Carroll.

2. That there is probable cause that a judgment will be rendered in the matter in favor of the applicant and to secure the Judgment the applicant seeks and order from this Court directing that the following Pre-Judgment Remedy be issued to secure the sum of $10,000,000.⁰⁰.

1 of 3

A) To attach sufficient property of the defendants to secure the sum of $10,000,000.00

B) To garnishee defendants: Waives and any other's John doe / Jane doe as they're the agent, trustee, debtor of the defendant and has concealed in his possession property of the defendant and is in debted to him.

C) To seize any and all Jewelry that has been paid for in full.

d) To seize any and all pay checks' from his/her work place as well as any and all bank account's, check accounts, stocks, Bonds', and all Joint account of the defendant(s).

E) To seize any and all types of Houses, auto mobile, Horse's trailers and any type of thing which is belived in by a person which is fully paid for.

3) The plaintiff pro-se request such seizure pursuant to the Conn. Gen. Stat. §§ 52-278(A)(B)(C)(D)(E)(F)(G)(H)(I) of chapter 903A "prejudgment remedies in accordance with federal Rules of civil procedure's Rule 64, F.R.C.P.

For the foregoing reasons this Court should grant this Motion and seize the item's, things and

2 of 3

Valuables to pay the Debt.

Respectfully Submitted,

_____
Luis Fernandez pro-se

### CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 23 day of Sept. 2005.

ATT. J. J. Radshaw III,
65 Wethersfield ave.,
Hartford, CT 06114

_____
Luis Fernandez
Pro-se

ATT. James V. Minor,
888 Washington Blvd.,
Stamford, CT 06904-2152

2 of 2