UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

Luis Fernandez, pro-se    2005 SEP 30 A 10 PRISONER

U.S. DISTRICT COURT 3:01 CV 1807 (JBA)
BRIDGEPORT, CONN

V.

Robert Paquette, et al        :    Sept. 23, 2005

## MOTION IN OPPOSITION AND OBJECTION OVER DEFENDANTS MOTION TO STAY DISCOVERY

Plaintiff pro-se in protection of his civil Rights and upholding his fundamental Right opposes and objects over defendants Motion to stay Discovery.

1. The defendants must comply with the discovery rules without delay;

2. The discovery is also part of proceeding for objecting and opposing against a Motion to dismisse or a party Moving for Summary Judgment;

3. The Staying of discovery will prejudice the plaintiff pro-se who is without Counsel and currently incarcerated without assistance or guarantee access to both state and federal court.

1 of 2

Wherefore, the plaintiff pro-se for the reasons set forth above opposes and objects over defendants Motion to stay discovery. should be denied.

Respectfully Submitted,

Luis Fernandez
#279900
1153 east st south,
suffield, CT 06080

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 23 day of Sept 2005.

Att. J. J. Radshaw III,
65 Wethersfiled ave,
Hartford, CT 06114

Att. James V. Minor
888 washington Blud,
Stamford, CT 06904-2152

Luis Fernandez
Pro-s.e

2 of 2