UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER |
| | : | NO.: 3:01 CV 1807 (JBA) |
| v. | : | |
| | : | |
| ALEXANDER, ET AL | : | October 11, 2005 |

### STAMFORD DEFENDANTS' MEMO OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION FOR PREJUDGMENT REMEDY

Pursuant to D. Conn.L.R. 7, the defendants, Police Officer Barcello, Sergeant Stewart and former Chief Esserman ("Stamford defendants"), hereby adopt the Memorandum of Law in opposition to plaintiff's motion for real estate attachment of the Danbury defendants dated October 7, 2005.

Without repeating the arguments that this Memo adopts, the following is noted:

1. Plaintiff's prior motion for prejudgment relief (#32) was denied for various reasons (#59), to include failure to submit the documents required by Section 52-278, CGS (affidavit, notice, etc).

2. Plaintiff's claim that he is entitled to any prejudgment relief pursuant to Section 52-278, CGS fails since there is no probable cause for plaintiff's claims against the Stamford defendants, based upon the reasons set forth in the Motion to Dismiss dated 9/16/05 (# 55), to include subject matter jurisdiction under *Heck v. Humphrey*, 512 U.S. 477, 114 S.Ct. 2364, 129 L.Ed. 2d 383 (1994).

3. Finally, there is no question that the City of Stamford intends to indemnify its police officers pursuant to union contract and statute (Sec. 7-101, CGS; Sec. 7-465, CGS) since they were operating in the course of their duties.

For the reasons set forth above, the defendants pray that plaintiff's motion be denied.

>THE DEFENDANTS,
>
> POLICE OFFICER BARCELLO
> SERGEANT STEWART
> FORMER CHIEF ESSERMAN
>
> THOMAS M. CASSONE
> DIRECTOR OF LEGAL AFFAIRS
>
> BY *(signature)*
> JAMES V. MINOR
> ASSISTANT CORPORATION COUNSEL

## CERTIFICATION

  This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to counsel and the following pro se party this 11th day of October 2005.

Mr. Luis Fernandez
Inmate Number 279900
MacDougall-Walker
 Correctional Institution
1153 East Street, South
Suffield, CT 06080

John J. Radshaw, III
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

By: _____
James V. Minor