UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 OCT 26 P 3:11
PRISONER
U.S. DISTRICT COURT
BRIDGEPORT CONN.

Luis Fernandez, pro-se        :

v.                            :    Case: 3:01CV1807(JBA)

Robert Paquette, et al        :    Oct. 16, 2005

## PLAINTIFF'S PRO-SE OBJECTION & OPPOSITION TO BOTH DANBURY & STAMFORD DEFENDANTS MEMO OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION FOR PREJUDGMENT REMEDY

The plaintiff pro-se objects & opposes to both Danbury & Stanford defendants Memo of law IN opposition to plaintiff's Motion for Prejudgment Remedy were corrections and revise has been made to the prejudgment Remedy.

The plaintiff's revise Prejudgment Remedy means "any Remedy that enables a person by way of attachment, foreign attachment, garnishment or replevin to deprive the defendant in a civil action of, or affect the use, possession or enjoyment by such defendant of his property prior to final judgment. The purpose of a prejudgment remedy is to preserve the assets while a matter is being litigated. quoting, General Stat. § 52-278a(d).

1 of 3

The plaintiff pro-se has further filed a Revise Motion for Prejudgment Remedy with an affidavit on 10/16/05, in Comply with Conn. Gen. Stat. § 52-278 c(a)(2), Citing Lauf v. James, 33 Conn. App. 223, 227-29, 635 A.2d 300 (1993).

Also, the Statute of limitations does not banned this suit because the amended Complaint may relate back to the filing of the original Complaint granted an opportunity to amend and Reopen the case. [doc#s 8, 6, 26, & 23].

Wherefore, the plaintiff's objects and opposes to both Danbury & Stanford defendants Memo of law In opposition to plaintiff's Motion for Prejudgment Remedy having been Corrected and Revise in Comply with Prejudgment Remedy Conn. Gen. Stat. § 52-278 c(a)(2).

Respectfully Submitted,

_____
Luis Fernandez  Pro-se
1153 East St. South,
Suffield, CT 06080

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 16 day of Oct. 2005.

2 of 3

James V. Minor, Esquire
888 Washington Boulevard,
Stanford, CT 06904-2152

John J. Radshaw, III
65 Wethersfield Ave.,
Hartford, CT 06114

_____
Luis Fernandez
Pro-se / Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez             :   PRISONER
                               Case: 3:01 CV 1807 (JBA)
V.                         :
                               OCT. 16, 2005
Robert Paquette, et al     :

## MOTION FOR PROOF OF SERVICE

Luis Fernandez, states under the penalty of perjury that he mailed a copy of the Plaintiff's Pro-se OBJECTION & OPPOSITION TO Both Danbury & Stamford defendants Memo of law In opposition to Plaintiff's Motion for Pre Judgment Remedy and Revise Plaintiff's Pro-se Motion for Pre Judgment Remedy with an Affidavit, to defendants Attorneys James V. Minor, 888 Washington Boulevard, Stanford, CT 06904-2152 and J.J. Radshaw III, 65 Wethersfield ave., Hartford, CT 06114 by placing them in an envelope and placed them in the main Hall legal mailbox at the Conn. Macdougall, C.I. suffield, CT on Oct. 16, 2005.

Respectfully Submitted,

Luis Fernandez
Plaintiff Pro-se

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 16 day of Oct. 2005.

James V. Minor
888 Washington Boulevard,
Stamford, CT 06904-2152

J.J. Radshaw III
65 Wethersfield ave.,
Hartford, CT 06114

_____
Luis Fernandez
Plaintiff pro-se

2 of 2