UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 OCT 26 P 3: 11
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

Luis Fernandez, pro-se     :     PRISONER

V.                         :     Case: 3:01 CV 1807 (JBA)

Robert Paquette, et al     :     Oct. 16, 2005

## REVISE PLAINTIFF'S PRO-SE MOTION FOR PREJUDGMENT REMEDY WITH AN AFFIDAVIT

The plaintiff's pro-se in protection of his civil Rights and fundamental Rights Revises his Motion for Prejudgment Remedy with an affidavit as well included pursuant to Rule 64, F.R.C.P. and General Stat §§ 52-278a(d), c(a)(2).

The Pro-se Rules Requires a "less stringent standard than one's drafted by a lawyer", to the honorable Court of the United States D. Court District of Conn. the undersigned Represents:

1. The plaintiff pro-se Commenced an action against Danbury and Stanford named defendants, Robert Paquette, Robert Williams, Fisher, J. Merullo, M. Trohalis, Luis Ramos, Nolan, T. Barucello, Mark Scocozza, Dean M. Esserman, R. Halas, D. Stewart, Laurie LeBlanc and Patric Carroll.

1 of 3

2. That there is probable Cause that a Judgment will be Rendered in the Matter in favor of the applicant and to Secure the Judgment the applicant seeks and order from this Court directing that the following Pre Judgment Remedy be issued to secure the sum of $10,000,000.00

A) To Attach sufficient property of the defendants et al to secure the sum of $10,000,000.00

B) To garnishee defendants: Waives and any other's John doe / Jane doe as they're the agent, trustee, debtor of the defendants and has concealed in his possession property of the defendants and is indebted to him.

C) To seize any and all Jewelry that has been paid for in full.

D) To seize any and all pay check's from his/her work place as well as any and all bank accounts, Check accounts, stocks, Bond's, and all Joint account of the defendant(s).

E) To SEIZE any and all types of houses, auto Mobile, Home's, trailers and any type of thing which is to believed in by a person which is fully paid for.

3) The plaintiff pro-se Request such seizure pursuant to the Conn. Gen. Stat. § 52-278 (A)(B)(C)(D)(E)(F)(G)(H)(I) of Chapter 903 a "prejudgment Remedies" in accordance with Federal Rules of Civil procedures' Rule 64, F.R.C.P., an Affidavit Attached.

For the foregoing reasons this Court should grant this Revise Motion and seize the items', things and valuables to pay the Debt.

Respectfully Sub.,

_____
Luis Fernandez
Plaintiff / Pro-se
1153 East St South,
Suffield, CT 06080

## CERTIFICATION

I hereby certify that A copy of the foregoing was mailed to the following on this 16 day of Oct. 2005.

James V. Minor, Esquire
888 Washington Boulevard.
Stanford, CT 06904-2152

_____
Luis Fernandez
Plaintiff / pro-se

J. J. Radshaw, III
65 Wethersfield ave., Hartford, CT 06114

3 of 3