UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez  :  PRISONER
               :  Case: 3:01 CV 1807 (JBA)
V.             :
               :  OCT. 18, 2005
Robert Paquette, et al  :

## MOTION FOR LEAVE TO FILE A 3rd Amended Complaint within 30 days

Plaintiff Luis Fernandez pro-se indigent in protection of his civil Rights and Fundamental Right Moves, pursuant to Rules 15 and 19, F.R.C.P., Request for leave to file a 3rd Amended Complaint adding Dannel P. Malloy, Mayor, City of Stanford as a party.

1. Plaintiff pro-se indigent in his Second Amended Complaint names from Stanford Police Dept. defendants Barcello, Stewart and Esserman as defendants; and from Danbury Police Dept. defendants Nolan, Halas, Ramos, Mark Trohalis, J. Mevllo, Fosher, R. Williams and R. Paquette as defendants; and also defendants Laurie Leblanc and Patric Carroll.

2. Since the filing of the 2nd Amended Complaint the plaintiff pro-se indigent Received from Stanford Police Dept. defendants Attorney James V. Monor the

1 of 3

disclosure that "the City of Stanford intends to indemnify its Police officers pursuant to union Contract and statute (C.G.S. 7-101; CGS 7-465) since they were operating in the Course of their duties," where defendants Barcello, Stewart and Esserman as alleged 'in the Course of their duties' deprived the plaintiff pro-se of both state and federal law (others) while acting under color of law stated it is determined by do disclosure that Dannel P. Malloy Mayor of the City of Stanford knew of or should have known of the defendants Barcell, Stewart and Esserman unconstitutional acts while in the Cours of their duties and violations of state and federal laws it is hereby a Conspirator and Respansable for their illegal acts as so indemnify pursuant to union Contract and statute C.G.S. §§ 7-101, 7-465, see Exhibit "1" herein sec. 3, provided by James V. Minor ATT on Oct. 11, 2005; Dannel P. Malloy Mayor of the City of Stanford is a defendant in plaintiff pro-se lawsuit were is requested 30 days to file the 3rd Amended Complaint in order to add As defendant Dannel P. Malloy, Mayor of the City of Stanford provided the justifiable reason to Amend.

3. This Court should grant leave to file a 3rd Amended Complaint which is no prejudice to the opponents Nor a dismissal is appropriate without

an opportunity for additional discovery.

4. Plaintiff pro-se indigent acts for leave to file a 3rd Amended Complaint within 30 days are with due diligence while a stay is also ordered on discovery.

Respectfully Sub.,

Luis Fernandez
Plaintiff pro-se

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 18 day of Oct. 2005.

Att. James V. Minor,
888 Washington Boulevard,
Stanford, CT 06904-2152

Att. J.J. Radshaw III,
65 Wethersfiled ave,
Hartford, CT 06114

Luis Fernandez
Plaintiff pro-se

3 of 3

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez, pro-se      :      PRISONER
                                    Case: 3:01CV1807 (JBA)
V.                          :
                                    Oct. 18, 2005
Robert Paquette, et al     :

## MOTION FOR PROOF OF SERVICE

Luis Fernandez, states under the penalty of perjury that he mailed a copy of the plaintiff's pro-se Motion For Leave To File A 3ad Amended Complaint within 30 days, to defendants Att. James V. Minor, 888 Washington Boulevard, Stanford, CT 06904-2152 and J.J. Radshaw III, 65 Wethersfield ave., Hartford, CT 06114 by placing them in an envelope and placed them in the mason hall legal mailbox at the Corr. Macdougall C.I., Suffield, CT ON Oct. 18, 2005.

Respectfully Sub.,

Luis Fernandez
Plaintiff pro-se

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 18 day of Oct. 2005.

1 of 2

Ex. "1"

3.  Finally, there is no question that the City of Stamford intends to indemnify its police officers pursuant to union contract and statute (Sec. 7-101, CGS; Sec. 7-465, CGS) since they were operating in the course of their duties.

For the reasons set forth above, the defendants pray that plaintiff's motion be denied.

> THE DEFENDANTS,
>
> POLICE OFFICER BARCELLO
> SERGEANT STEWART
> FORMER CHIEF ESSERMAN
>
> THOMAS M. CASSONE
> DIRECTOR OF LEGAL AFFAIRS
>
> BY _____
> JAMES V. MINOR
> ASSISTANT CORPORATION COUNSEL