UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez         FILED      PRISONER

2005 NOV -3 P 4:52    Case 3:01 CV 1807 (JBA)

V.
U.S. DISTRICT COURT
BRIDGEPORT, CONN.    Oct. 18, 2005

Robert Paquette, et al          :

## MOTION FOR DE NOVO REVIEW OF SERVICE OF THE SECOND AMENDED COMPLAINT

The plaintiff pro-se in protection of his civil Rights and fundamental Right moves for de Novo Review of service of the Second Amended Complaint [Doc # 43, 44, 47], when in fact defendants Laurie LeBlanc nor Patric Carroll have filed an appearance in this case.

Clearly the plaintiff pro-se did submitt in the order service of the Second Amended Complaint, defendants Laurie LeBlanc and Patric Carroll which NO appearance on the record has been filed where de Novo Review of service of the Second Amended Complaint [doc # 43, 44, 47], Must be Made in order to Carry service pursuant to F.R.C.P. When already granted I.F.P.

Respectfully Sub.,

_____
Luis Fernandez
Plaintiff pro-se

1 of 2

## CERTIFICATION

I hereby certify that a copy of the foregoing was
Mailed to the following on this 18 day of Oct. 2005.


Att. James V. Minor,
888 Washington Boulevard,
Stamford, CT 06904-2152


Att. J. J. Radshaw III                    Luis Fernandez
65 Wethersfield ave,                      Plaintiff pro-se
Hartford, CT 06114


2 of 2