UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER |
| | : | NO.: 3:01 CV 1807 (JBA) |
| v. | : | |
| | : | |
| ALEXANDER, ET AL | : | November 3, 2005 |

### STAMFORD DEFENDANTS' MEMO OF LAW IN OPPOSITION TO PLAINTIFF'S REVISED MOTION FOR PREJUDGMENT REMEDY

Pursuant to D. Conn.L.R. 7, the defendants, Police Officer Barcello, Sergeant Stewart and former Chief Esserman ("Stamford defendants"), hereby adopt the Memorandum of Law in opposition to plaintiff's motion for real estate attachment of the Danbury defendants dated November 3, 2005.

Without repeating the arguments that this Memo adopts, the following is noted:

1. Plaintiff's prior motion for prejudgment relief (#32) was denied for various reasons (#59), to include failure to submit the documents required by Section 52-278, CGS (affidavit, notice, etc).

2. Plaintiff's revised motion still fails to comply with Section 52-278a to 52-278g, CGS since plaintiff ignores other state statutes that require indemnification of police officers who are sued for acts in the performance of their duty, pursuant to 7-101a and 7-465, CGS;

it is unsupported by a sworn affidavit; and it fails to show compliance with mandatory notice provisions, 52-278c.

3. Plaintiff's claim that he is entitled to any prejudgment relief pursuant to Section 52-278d, CGS fails since there is no probable cause for plaintiff's claims against the Stamford defendants, based upon the reasons set forth in the Motion to Dismiss dated 9/16/05 (# 55), to include subject matter jurisdiction under *Heck v. Humphrey*, 512 U.S. 477, 114 S.Ct. 2364, 129 L.Ed. 2d 383 (1994).

3. Finally, there is no question that the City of Stamford intends to indemnify its police officers pursuant to statute (Sec. 7-101, CGS; Sec. 7-465, CGS) since they were operating in the course of their duties.

For the reasons set forth above, the defendants pray that plaintiff's motion be denied.

THE DEFENDANTS,

POLICE OFFICER BARCELLO
SERGEANT STEWART
FORMER CHIEF ESSERMAN

THOMAS M. CASSONE
DIRECTOR OF LEGAL AFFAIRS

BY _____
JAMES V. MINOR
ASSISTANT CORPORATION COUNSEL

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to counsel and the following pro se party this 3rd day of November 2005.

Mr. Luis Fernandez
Inmate Number 279900
MacDougall-Walker
  Correctional Institution
1153 East Street, South
Suffield, CT 06080

John J. Radshaw, III
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

By: _____
James V. Minor