UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LUIS FERNANDEZ | : | PRISONER |
| | : | NO.: 3:01 CV 1807 (JBA) |
| v. | : | |
| | : | |
| ALEXANDER, ET AL | : | November 3, 2005 |

### STAMFORD DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT

Pursuant to D. Conn.L.R. 7, the defendants, Police Officer Barcello, Sergeant Stewart and former Chief Esserman ("Stamford defendants"), hereby object to the plaintiff's Motion for Leave to file a third amended complaint dated October 18, 2005, seeking to add Mayor Malloy as a defendant.

The reasons why Plaintiff's Motion should be denied are as follows:

1. Plaintiff claims that because the City of Stamford objected to plaintiff's motion for prejudgment remedy against the Stamford police officers, on the grounds that Stamford must indemnify its employees pursuant to Section 7-465 and 7-101a, CGS, that the Mayor is therefore a proper defendant.

2. The requirement of indemnification is statutory, and has nothing to do with the Mayor's responsibility. There is no allegation in the plaintiff's motion other than the statutory duty to indemnify.

3. Plaintiff's attempt to add another defendant when his original complaint has been attacked on jurisdictional grounds is vexatious. See the Stamford Defendants' Motion to Dismiss dated 9/16/05 (# 55), based upon statute of limitations, service defects, and an attack on subject matter jurisdiction under *Heck v. Humphrey*, 512 U.S. 477, 114 S.Ct. 2364, 129 L.Ed. 2d 383 (1994).

For the reasons set forth above, the defendants pray that plaintiff's motion be denied.

THE DEFENDANTS,

POLICE OFFICER BARCELLO
SERGEANT STEWART
FORMER CHIEF ESSERMAN

THOMAS M. CASSONE
DIRECTOR OF LEGAL AFFAIRS

BY _____
JAMES V. MINOR
ASSISTANT CORPORATION COUNSEL

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to counsel and the following pro se party this 3rd day of November 2005.

Mr. Luis Fernandez
Inmate Number 279900
MacDougall-Walker
  Correctional Institution
1153 East Street, South
Suffield, CT 06080

John J. Radshaw, III
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

By: _____
James V. Minor