UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez, pro-se          Case: 3:01CV1807(JBA)
v.
Robert Paquette, et al          Nov. 6, 2005

FILED 2005 NOV 15 P 4:27
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Motion for Recording of Rule 36 Request for Third Set of Admissions Propounded By The Plaintiff Pro-se To Be Answered Under Oath by The Defendants

Now comes, the plaintiff pro-se in protection of his Civil Rights and fundamental Rights herein request that this Court so records that per Rule 36 a Request for third set of Admissions Propounded by the plaintiff pro-se to be Answered under oath by the defendants was filed or has been filed with this Court since Sep. 30, 2005 and mailed to the defendants since Sept 23, 2005.

Respectfully Sub.,

Luis Fernandez, pro-se

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 6 day of Nov. 2005.

1 of 2

J. J. Radshaw III
65 Wethersfield ave.,
Hartford, CT 06114

James V. Minor,
888 Washington Boulevard,
P.O. Box 110152,
Stamford, CT 06904-2152

_____
Luis Hernandez
Plaintiff Pro-se