UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez, pro-se     Case: 3:01cv1807 (JBA)

v.

Robert Paquette, et al     Nov 6, 2005

FILED 2005 NOV 15 P 4:27
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

## MOTION FOR PROOF OF SERVICE

Luis Fernandez, states under the penalty of perjury that he mailed a copy of the Motion for Recording of Rule 36 Request for Third set of admissions Propounded by the Plaintiff pro-se to be Answered under Oath by the defendants to the defendants Counsels J.J. Radshaw III, 65 Wethersfield ave, Hartford, CT 06114 and James V. Minor, 888 Washington Boulevard, P.O. Box 110152, Stanford, CT 06904-2152 by placing them in an envelope and placed them in the Main hall legal Mailbox, at the State Prison of Macdougall C.I., Suffield, CT on Nov. 6, 2005.

Respectfully Sub.,

Luis Fernandez
ID # 279900

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 6 day of Nov. 2005

1 of 2

J. J. Rodshaw III
65 Wettersfield ave.,
Hartford, CT 06114

Jones V. Minor,
888 Washington Boulevard,
P.O. Box 110152,
Stanford, CT 06904-2152

_Luis Fernandez_
Pro-se