UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez, Pro se    Case: 3:01 CV 1807 (JBA)
V.
Robert Paquette, et al             Nov. 13, 2005

FILED
2005 NOV 17 P 4:29

Plaintiff MOTION IN OBJECTION & OPPOSITION to Both STAMFORD AND DANBURY Defendants MeMo of law in OPPOSITION TO MOTION FOR Prejudgment Remedy and leave to file a Third Amended Complaint.

The plaintiff pro-se who has been granted I.F.P. and in protection of his fundamental Rights. objects and opposes to Both Stanford and Danbury defendants Memo in opposition to the Request for Prejudgment Remedy and leave to file 3rd Amended Complaint which is without Merit.

First, there is no prejudice to Any of the defendants Stanford nor Danbury in order to denied the already requested leave to file a 3rd Amended Complaint after Stanford defendants disclosed the City of Stanford Mayor Dannel P. Malloy union contract and statute C.G.S. § 7-101; 7-465 were while acting under Color of law deprived the plaintiff pro se of both state and federal law (others).

Second, this Court would be abusing its discretion if a dismissal is entered in this case were is

1 of 3

inappropriate not providing the plaintiff pro-se the opportunity for additional discovery.

Third, a stay was also ordered on the discovery where additional time can be granted as due diligence in order for the plaintiff pro-se indigent acts be given to leave and file the 3rd Amended Complaint within 30 days.

Fourth, The plaintiff pro-se for the prejudgment remedies has complyed with the state law provisions and submitted an Affidavit [Doc. No. 67] sworn, under oath and in a manner cognizable by law where I.F.P. [doc. 1-1] has bin granted existing probable cause that the plaintiff pro-se will obtain a judgment in his behalf.

Fifth, in this case this court has determined the validity of Plaintiff pro-se Claimes before granting I.F.P. [doc.-1-1], citing <u>Calfee V. Usmon</u>, 224 Conn. 29, 36, 616 A.2d 250 (1992), and the statute of limitations is unavaling as the Amended Complaint relates back to the filing of the original Complaint granted an opportunity to Amend and Reopen the Case. [doc.# 8, 6, 26 & 23].

Oral Argument Requested.

Respectfully Sub.,

_____
Luis Fernandez
Plaintiff pro-se

### CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 13 day of Nov. 2005.

Att. James V. Minor,
888 Washington Boulevard,
Stanford, CT 06904-2152

Att. J.J. Radshaw III
65 Wethersfield ave.,
Hartford, CT 06114

_____
Luis Fernandez
Plaintiff pro-se