UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

NOV - 3 2005

Luis Fernandez,                    PRISONER
                         2005 DEC -7 P 3: 37    Case: 3: 01 CV1807 (JBA)
V.                       U.S. DISTRICT COURT
                         BRIDGEPORT. CONN.

                                   OCT. 18, 2005

Robert Paquette, et al    :

REVISE MOTION FOR APPOINMENT OF COUNSEL
[doc # 30, 33] with Commissioner declines to
Exercise Authority to Request Assistance.

The plaintiff pro-se in protection of his civil Rights and
Fundamental Right asks this Court with Caution
to appoint pro bono Counsel were Exceptional
Circumstances Justify the Consideration of Pro bono
Counsel for this Case as for these reasons that
follow :

This District Court has determined plaintiff pro-se
indigent's position seems likely to be of substance
Meeting the standard under Hodge V. Police officers,
802 F.2d 58, 61 (2nd cir. 1986) see [doc # 30, 33]

In addition, after the plaintiff pro-se indigent demonstrated
he Cannot obtain legal Assistance on his own,
the Commissioner Theresa C. Lantz of D.O.C. declines
to exercise her authority with regard to section
12 of the Human Service Contract, even after
                    1 of 3

Inmate Legal Assistance denied to Assist this plaintiff, pro-se in this Case were I.F.P. has been granted, see Ex. "1" Sept. 13, 2005 Paralegal Specialist 2 Dawn M. Dicesare response; and Ex "2" Human Service Contract § 12 pg 12 of 17, in this Case forbidding the plaintiff pro-se to Continue his lawsuit without a guarantee of access to the Courts and without an attorney. Assistance is overbroad, PROCUP V. STRICKLAND, 792 F.2d 1069, 1071 (11th CIR. 1986).

The plaintiff pro-se indigent has demostrated and proved to this Court that his claims with Exhibits in Support are not frivolous, see I.F.P. Ganted [doc# 1-1] and that he is being denied of access by the already proven record [doc ## 30, 31] evidence of Inmate Legal Assistance Program will not Assist him in this Case where the Second Circuit repeatedly has ordered the district Court to appoint Pro bono Counsel were the Case has been rejected by the program this also denied guarantee access, Spates V Manson, 644 F.2d 80, 84 (2d cir. 1981) (denial of access was not proven without a showing that "prisoner's with nonfrivolous claims" had been rejected by legal Assistance programs).

Respectfully Sub,

Luis Fernandez pro-se

2 of 3

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on this 18 day of OCT. 2005 to the following:

ATT. James V. Minor,
888 Washington Boulevard,
Stamford, CT 06904-2152

ATT. J.J. Radshaw III
65 Wethersfield ave,
Hartford, CT 06114

Luis Fernandez
Plaintiff pro-se



# STATE OF CONNECTICUT
## *DEPARTMENT OF CORRECTION*
### 24 WOLCOTT HILL ROAD
### WETHERSFIELD, CONNECTICUT 06109

Theresa C. Lantz
Commissioner

September 13, 2005

Luis Fernandez #279900
MacDougall-Walker Correctional Institution
1153 East Street, South
Suffield, CT 06080

Dear Mr. Fernandez:

I am in receipt of your letter dated September 2, 2005, addressed to Commissioner Lantz. Your request for representation in a civil matter has been forwarded to my office for response.

As stated in Administrative Directive 10.3, "Information regarding legal assistance shall be made available to inmates through posted notices, inmate handbooks or orientation information. Each unit shall establish procedures for inmates to request legal assistance…" Therefore, you should follow the unit procedure to request assistance.

The Commissioner declines to exercise her authority with regard to Section 12 of the Human Service Contract.

Sincerely,

Dawn M. DiCesare
Paralegal Specialist 2

" "



COPY

[X ] Original Contract #
[] Amendment:
Contract Total $ 785,242.00
Contract Contact Person Sydney T. Schulman
Contact Phone 860-522-2960
Revised 12/1/96 (MSW-97 posc2.doc)
(For Internal Use Only)

# STATE OF CONNECTICUT
## HUMAN SERVICE CONTRACT
### PART I

The State of Connecticut Department of Correction

**Street:** 24 Wolcott Hill Road

**City:** Wethersfield         **State:** CT         **Zip:** 06109-1152

**Tel. #:** 860-692-7757
hereby enters into a contract with: _____ hereinafter "the department",

**Contractor's Name:** Sydney T. Schulman, dba, The Law Offices of Sydney T. Schulman

**Street:** 10 Grand Street

**City:** Hartford         **State:** CT         **Zip:** 06106

**Tel. #:** 860-522-2960         **FEIN/SS#:** 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
hereinafter "the contractor", for the provision of services outlined herein.

1. This contract is in effect from   7 / 01 / 2002   through   06 / 30 / 2003 .

2. Contractor is a set aside contractor pursuant to § 32-9e of the Conn. Gen. Stat.: [ ] YES  [X] NO

3. The contractor shall perform the specific services as described in accordance with:

   PART II: Contract terms required by the department, consisting of  6  pages, numbered consecutively beginning with page  9 ;
   PART III: Specific terms for contract performance, statement of compensation and terms of payment, consisting of  3  pages, numbered consecutively beginning with page  15  and ending with the Acceptances and Approvals page, numbered  17 .
   **Workforce Analysis:** The contractor has provided the Workforce Analysis affirmative action report, attached hereto and made a part hereof, related to employment practices and procedures.

4. **Statutory Authority:** The Department is authorized to enter into this contract pursuant to
   §    4-8 and 18-81    Connecticut General Statutes.

5. **Effective Date:** This contract shall become effective only as of the date of signature by the department's authorized official(s) and, where applicable, the date of approval by the Attorney General. Upon such execution, this contract shall be deemed effective for the entire term specified in Section 1, above. This contract may be amended pursuant to Section 6.

1 06 7

**6.    Contract Revisions and Amendments:** (a) A formal contract amendment, in writing, shall not be effective until executed by both parties to the contract, and, where applicable, the Attorney General. Such amendments shall be required for extensions to the final date of the contract period and to terms and conditions specifically stated in Part II or Part III of this contract, including but not limited to revisions to the maximum contract payment, to the unit cost of service, to the contract's objectives, services, or plan, to due dates for reports, to completion of objectives or services, and to any other contract revisions determined material by the department.

(b) The contractor shall submit to the department in writing any proposed revision to the contract and the department shall notify the contractor of receipt of the proposed revision. Any proposal deemed material shall be executed pursuant to (a) of this section. The department may accept any proposal as a technical amendment and notify the contractor in writing of the same. A technical amendment shall be effective on the date approved by the department, unless expressly stated otherwise.

(c) No amendments may be made to a lapsed contract.

**7.    Liaison:** Each party shall designate a liaison to facilitate a cooperative working relationship between the contractor and the department in the performance and administration of this contract.

**8.    Cancellation and Recoupment:**
(a) This agreement shall remain in full force and effect for the entire term of the contract period specified in Section 1, above, unless either party provides written notice ninety (90) days or more from the date of termination, except that no cancellation by the contractor may be effective for failure to provide services for the agreed price or rate and cancellation by the department shall not be effective against services already rendered, so long as the services were rendered in compliance with the contract during the term of the contract.

(b) In the event the health or welfare of the service recipients is endangered, the department may cancel the contract and take any immediate action without notice it deems appropriate to protect the health and welfare of service recipients. The department shall notify the contractor of the specific reasons for taking such action in writing within five (5) business days of cancellation. Within five (5) business days of receipt of this notice, the contractor may request in writing a meeting with the commissioner of the department or his/her designee. Any such meeting shall be held within five (5) business days of the written request. At the meeting, the contractor shall be given an opportunity to present information on why the department's actions should be reversed or modified. Within five (5) business days of such meeting, the commissioner of the department shall notify the contractor in writing of his/her decision upholding, reversing or modifying the action of the department. This action of the commissioner shall be considered final.

(c) The department reserves the right to cancel the contract without prior notice when the funding for the contract is no longer available.

(d) The department reserves the right to recoup any deposits, prior payment, advance payment or down payment made if the contract is terminated by either party. Allowable costs incurred to date of termination for operation or transition of program(s) under this contract shall not be subject to recoupment. The contractor agrees to return to the department any funds not expended in accordance with the terms and conditions of the contract and, if the contractor fails to do so upon demand, the department may recoup said funds from any future payments owing under this contract or any other contract between the state and the contractor.

**9.    Transition after Termination or Expiration of Contract:** In the event that this contract is terminated for any reason except where the health and welfare of service recipients is endangered or if the department does not offer the contractor a new contract for the same or similar service at the contract's expiration, the contractor will assist in the orderly transfer of clients served under this contract as required by the department and will assist in the orderly cessation of operations under this contract. Prior to incurring expenses related to the orderly transfer or continuation of services to service recipients beyond the terms of the contract, the department and the contractor agree to negotiate a termination amendment to the existing agreement to address current program components and expenses, anticipated expenses necessary for the orderly transfer of service recipients and changes to the current program to address service recipient needs. The contractual agreement may be amended as necessary to assure transition requirements are met during the term of this contract. If the transition cannot be

concluded during this term, the department and the contractor may negotiate an amendment to extend the term of the current contract until the transition may be concluded.

**10.  Contract Reduction:**  The department reserves the right to reduce the contracted amount of compensation at any time in the event that: (1) the Governor or the Connecticut General Assembly rescinds, reallocates, or in any way reduces the total amount budgeted for the operation of the department during the fiscal year for which such funds are withheld; or (2) federal funding reductions result in reallocation of funds within the department.

The contractor and the department agree to negotiate on the implementation of the reduction within thirty (30) days of receipt of formal notification of intent to reduce the contracted amount of compensation from the department. If agreement on the implementation of the reduction is not reached within 30 calendar days of such formal notification and a contract amendment has not been executed, the department may terminate the contract sixty (60) days from receipt of such formal notification. The department will formally notify the contractor of the termination date.

**11.  Choice of Law and Choice of Forum:**  The contractor agrees to be bound by the law of the State of Connecticut and the federal government where applicable, and agrees that this contract shall be construed and interpreted in accordance with Connecticut law and federal law where applicable.

**12.  Inspection of Work Performed:**  The department or its authorized representative shall at all times have the right to enter into the contractor's premises, or such other places where duties under the contract are being performed, to inspect, to monitor or to evaluate the work being performed. The contractor and all subcontractors must provide all reasonable facilities and assistance for department representatives. All inspections and evaluations shall be performed in such a manner as will not unduly delay work. The contractor shall disclose information on clients, applicants and their families as requested unless otherwise prohibited by federal or state law. Written evaluations pursuant to this section shall be made available to the contractor.

**13.  Safeguarding Client Information:**  The department and the contractor agree to safeguard the use, publication and disclosure of information on all applicants for and all clients who receive service under this contract with all applicable federal and state law concerning confidentiality.

**14.  Reporting of Client Abuse or Neglect:**  The contractor shall comply with all reporting requirements relative to client abuse and neglect, including but not limited to requirements as specified in C.G.S. 17a-101 through 103, 19a-216, 46b-120 related to children; C.G.S. 46a-11b relative to persons with mental retardation and C.G.S. 17b-407 relative to elderly persons.

**15.  Credits and Rights in Data:**  Unless expressly waived in writing by the department, all documents, reports, and other publications for public distribution during or resulting from the performances of this contract shall include a statement acknowledging the financial support of the state and the department and, where applicable, the federal government. All such publications shall be released in conformance with applicable federal and state law and all regulations regarding confidentiality. Any liability arising from such a release by the contractor shall be the sole responsibility of the contractor and the contractor shall indemnify the department, unless the department or its agents co-authored said publication and said release is done with the prior written approval of the commissioner of the department. Any publication shall contain the following statement: "This publication does not express the views of the department or the State of Connecticut. The views and opinions expressed are those of the authors." The contractor or any of its agents shall not copyright data and information obtained under the terms and conditions of this contract, unless expressly authorized in writing by the department. The department shall have the right to publish, duplicate, use and disclose all such data in any manner, and may authorize others to do so. The department may copyright any data without prior notice to the contractor. The contractor does not assume any responsibility for the use, publication or disclosure solely by the department of such data.

"Data" shall mean all results, technical information and materials developed and/or obtained in the performance of the services hereunder, including but not limited to all reports, surveys, plans, charts, recordings (video and/or sound), pictures, curricula, public awareness or prevention campaign materials, drawings, analyses, graphic representations, computer programs and printouts, notes and memoranda, and documents, whether finished or unfinished, which result from or are prepared in connection with the services performed hereunder.

**16.   Facility Standards and Licensing Compliance:** The contractor will comply with all applicable local, state and federal licensing, zoning, building, health, fire and safety regulations or ordinances, as well as standards and criteria of pertinent state and federal authorities. Unless otherwise provided by law, the contractor is not relieved of compliance while formally contesting the authority to require such standards, regulations, statutes, ordinance or criteria.

**17.   Subcontracts:** For purposes of this clause subcontractors shall be defined as providers of direct human services. Vendors of support services, not otherwise known as human service providers or educators, shall not be considered subcontractors, e.g. lawn care, unless such activity is considered part of a training, vocational or educational program. The subcontractor's identity, services to be rendered and costs shall be detailed in PART II or III of this contract. Notwithstanding the execution of this contract prior to a specific subcontractor being identified or specific costs being set, no subcontractor may be used or expense under this contract incurred prior to identification of the subcontractor or inclusion of a detailed budget statement as to subcontractor expense, unless expressly provided in PART II or III of this contract. Identification of a subcontractor or budget costs for such subcontractor shall be deemed to be a technical amendment if consistent with the description of each contained in PART II or III of this contract. No subcontractor shall acquire any direct right of payment from the department by virtue of the provisions of this paragraph or any other paragraph of this contract.  The use of subcontractors, as defined in this clause, shall not relieve the contractor of any responsibility or liability under this contract. The contractor shall make available copies of all subcontracts to the department upon request.

**18.   Conflict of Interest:** At the department's election, it may require the Contractor to submit a copy of its most recent IRS Form 990 submitted to the Internal Revenue Service or such other information that the Department deems appropriate with respect to the organization and affiliation of the Contractor and related entities.

**19.   Prohibited Interest:** The Contractor warrants that no state appropriated funds have been paid or will be paid by or on behalf of the Contractor to contract with or retain any company or person, other than bona fide employees working solely for the Contractor, to influence or attempt to influence an officer or employee of any state agency in connection with the awarding, extension, continuation, renewal, amendment, or modification of this agreement, or to pay or agree to pay any company or person, other than bona fide employees working solely for the Contractor, any fee, commission, percentage, brokerage fee, gift or any other consideration contingent upon or resulting from the award or making of this Agreement.

**20.   Default by the Contractor:** If the contractor defaults as to, or otherwise fails to comply with, any of the conditions of this contract the department may:

   a)  withhold payments until the default is resolved to the satisfaction of the department
   b)  temporarily or permanently discontinue services under the contract
   c)  require that unexpended funds be returned to the department
   d)  assign appropriate state personnel to execute the contract until such time as the contractual defaults have been corrected to the satisfaction of the department
   e)  require that contract funding be used to enter into a sub-contract arrangement with a person or persons designated by the department in order to bring the program into contractual compliance
   f)  terminate this contract
   g)  take such other actions of any nature whatsoever as may be deemed appropriate for the best interests of the state or the program(s) provided under this contract or both
   h)  any combination of the above actions.


In addition to the rights and remedies granted to the department by this contract, the department shall have all other rights and remedies granted to it by law in the event of breach of or default by the contractor under the terms of this contract.

Prior to invoking any of the remedies for default specified in this paragraph except when the department deems the health or welfare of service recipients is endangered as specified in clause 8 of this agreement or has not met requirements as specified in clause 27, the department shall notify the contractor in writing of the specific facts and circumstances constituting default or failure to comply with the conditions of this contract and proposed

remedies. Within five (5) business days of receipt of this notice, the contractor shall correct any contractual defaults specified in the notice and submit written documentation of correction to the satisfaction of the department or request in writing a meeting with the commissioner of the department or his/her designee. Any such meeting shall be held within five (5) business days of the written request. At the meeting, the contractor shall be given an opportunity to respond to the department's notice of default and to present a plan of correction with applicable time frames. Within five (5) business days of such meeting, the commissioner of the department shall notify the contractor in writing of his/her response to the information provided including acceptance of the plan of correction and, if the commissioner finds continued contractual default for which a satisfactory plan of corrective action has not been presented, the specific remedy for default the department intends to invoke. This action of the commissioner shall be considered final.

If at any step in this process the contractor fails to comply with the procedure and, as applicable, the agreed upon plan of correction, the department may proceed with default remedies.

**21.  Non-enforcement not to constitute waiver:** The failure of either party to insist upon strict performance of any terms or conditions of this agreement shall not be deemed a waiver of the term or condition or any remedy that each party has with respect to that term or condition nor shall it preclude a subsequent default by reason of the failure to perform.

**22.  Suspension or Debarment:** Signature on contract certifies the contractor or any person (including subcontractors) involved in the administration of Federal or State funds:

    a)  has not within a three year period preceding the agreement been convicted or had a civil judgment rendered against him/her for commission of fraud or a criminal offense in performing a public transaction or contract (local, state or federal) or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements or receiving stolen property

    b)  is not presently indicted for or otherwise criminally or civil charged by a governmental entity with commission of any of the above offenses

    c)  has not within a three year period preceding this agreement had one or more public transactions terminated for cause or fault.

Any change in the above status shall be immediately reported to the department.

**23.  Insurance:** The contractor will carry insurance, (liability, fidelity bonding or surety bonding and/or other), as specified in this agreement, during the term of this contract according to the nature of the work to be performed to "save harmless" the State of Connecticut from any claims, suits or demands that may be asserted against it by reason of any act or omission of the contractor, subcontractor or employees in providing services hereunder, including but not limited to any claims or demands for malpractice. Certificates of such insurance shall be filed with the department prior to the performance of services.

**24.  Record Keeping and Access:** The contractor shall maintain books, records, documents, program and individual service records and other evidence of its accounting and billing procedures and practices which sufficiently and properly reflect all direct and indirect costs of any nature incurred in the performance of this contract. These records shall be subject at all reasonable times to monitoring, inspection, review or audit by authorized employees or agents of the state or, where applicable, federal agencies. The contractor shall retain all such records concerning this contract for a period of three (3) years after the completion and submission to the state of the contractor's annual financial audit.

**25.  Audit Requirements:** The contractor shall provide for an annual financial audit acceptable to the department for any expenditure of state-awarded funds made by the contractor. Such audit shall include management letters and audit recommendations. The State Auditors of Public Accounts shall have access to all records and accounts for the fiscal year(s) in which the award was made. The contractor will comply with federal and state single audit standards as applicable.

**26.  Litigation:** The contractor shall provide written notice to the department of any litigation that relates to the services directly or indirectly financed under this contract or that has the potential to impair the ability of the contractor to fulfill the terms and conditions of this contract, including but not limited to financial, legal or any other situation which may prevent the contractor from meeting its obligations under the contract.



The contractor shall provide written notice to the department of any final decision by any tribunal or state or federal agency or court which is adverse to the contractor or which results in a settlement, compromise or claim or agreement of any kind for any action or proceeding brought against the contractor or its employee or agent under the Americans with Disabilities Act of 1990, executive orders Nos. 3 & 17 of Governor Thomas J. Meskill and any other provisions of federal or state law concerning equal employment opportunities or nondiscriminatory practices.

**27.   Delinquent Reports:**   The contractor will submit required reports by the designated due dates as identified in this agreement. After notice to the contractor and an opportunity for a meeting with a department representative, the department reserves the right to withhold payments for services performed under this contract if the department has not received acceptable progress reports, expenditure reports, refunds, and/or audits as required by this agreement or previous agreements for similar or equivalent services the contractor has entered into with the department.

**28.   Lobbying:**  The contractor agrees to abide by state and federal lobbying laws, and further specifically agrees not to include in any claim for reimbursement any expenditures associated with activities to influence, directly or indirectly, legislation pending before Congress, or the Connecticut General Assembly or any administrative or regulatory body unless otherwise required by this contract.

**29.   Program Cancellation:**  Where applicable, the cancellation or termination of any individual program or services under this contract will not, in and of itself, in any way affect the status of any other program or service in effect under this contract.

**30.   Non-discrimination Regarding Sexual Orientation:**  Unless otherwise provided by Conn. Gen. Stat. § 46a-81p, the contractor agrees to the following provisions required pursuant to § 4a-60a of the Conn. Gen. Stat.: (a) (1) The contractor agrees and warrants that in the performance of the contract such contractor will not discriminate or permit discrimination against any person or group of persons on the grounds of sexual orientation, in any manner prohibited by the laws of the United States or of the State of Connecticut, and that employees are treated when employed without regard to their sexual orientation; (2) the contractor agrees to provide each labor union or representatives of workers with which such contractor has a collective bargaining agreement or other contract or understanding and each vendor with which such contractor has a contract or understanding a notice to be provided by the commission on human rights and opportunities advising the labor union or workers' representative of the contractor's commitments under this section, and to post copies of the notice in conspicuous places available to employees and applicants for employment; (3) the contractor agrees to comply with each provision of this section and with each regulation or relevant order issued by said commission pursuant to § 46a-56 of the Conn. Gen. Stat.; (4) the contractor agrees to provide the commission on human rights and opportunities with such information requested by the commission, and permit access to pertinent books, records and accounts concerning the employment practices and procedures of the contractor which relate to provisions of this section and § 46a-56 of the Conn. Gen. Stat.

(b) The contractor shall include the provisions of subsection (a) of this section in every subcontract or purchase order entered into in order to fulfill any obligation of a contract with the state and such provisions shall be binding on a subcontractor, vendor or manufacturer unless exempted by regulations or orders of the commission. The contractor shall take such action with respect to any such subcontract or purchase order as the commission may direct as a means of enforcing such provisions including sanctions for noncompliance in accordance with § 46a-56 of the Conn. Gen. Stat. provided, if such contractor becomes involved in, or is threatened with, litigation with a subcontractor or vendor as a result of such direction by the commission, the contractor may request the State of Connecticut to enter into any such litigation or negotiation prior thereto to protect the interests of the state and the state may so enter.

**31.   Executive Orders Nos. 3 & 17:**  This contract is subject to the provisions of Executive Order No. Three of Governor Thomas J. Meskill promulgated June 16, 1971, and, as such, this contract may be canceled, terminated or suspended by the State Labor Commissioner for violation of or noncompliance with said Executive Order No. Three, or any state or federal law concerning nondiscrimination, notwithstanding that the Labor Commissioner is not a party to this contract. The parties to this contract, as part of the consideration hereof, agree that said Executive Order No. Three is incorporated herein by reference and made a part hereof. The parties agree to abide by said Executive Order and agree that the State Labor Commissioner shall have

continuing jurisdiction in respect to contract performance in regard to nondiscrimination, until the contract is completed or terminated prior to completion. The contractor agrees, as part consideration hereof, that this contract is subject to the Guidelines and Rules issued by the State Labor Commissioner to implement Executive Order No. Three, and that the contractor will not discriminate in employment practices or policies, will file all reports as required, and will fully cooperate with the State of Connecticut and the State Labor Commissioner. This contract is also subject to provisions of Executive Order No. Seventeen of Governor Thomas J. Meskill promulgated February 15, 1973, and, as such, this contract may be canceled, terminated or suspended by the contracting agency or the State Labor Commissioner for violation of or noncompliance with said Executive Order No. Seventeen, notwithstanding that the Labor Commissioner may not be a party to this contract. The parties to this contract, as part of the consideration hereof, agree that Executive Order No. Seventeen is incorporated herein by reference and made a part hereof. The parties agree to abide by said Executive Order and agree that the contracting agency and the State Labor Commissioner shall have joint and several continuing jurisdiction in respect to contract performance in regard to listing all employment openings with the Connecticut State Employment Service.

**32.  Nondiscrimination and Affirmative Action Provisions in Contracts of the State and Political Subdivisions Other Than Municipalities:** The contractor agrees to comply with provisions of section 4a-60 of the Connecticut General Statues (a) Every contract to which the state or any political subdivision of the state other that a municipality is a party shall contain the following provisions: (1) The contractor agrees and warrants that in the performance of the contract such contractor will not discriminate or permit discrimination against any person or group of persons on the grounds of race, color, religious creed, age, marital status, national origin, ancestry, sex, mental retardation or physical disability, including, but not limited to, blindness, unless it is shown by such contractor that such disability prevents performance of the work involved, in any manner prohibited by the laws of the United States or of the state of Connecticut. The contractor further agrees to take affirmative action to insure that applicants with job-related qualifications are employed and that employees are treated when employed without regard to their race, color, religious creed, age, marital status, national origin, ancestry, sex, mental retardation, or physical disability, including, but not limited to, blindness, unless it is shown by such contractor that such disability prevents performance of the work involved; (2) the contractor agrees, in all solicitations or advertisements for employees placed by or on behalf of the contractor, to state that is an "affirmative action-equal opportunity employer" in accordance with regulations adopted by the commission; (3) the contractor agrees to provide each labor union or representative of workers with which such contractor has a collective bargaining agreement or other contract or understanding and each vendor with which such contractor has a contract or understanding, a notice to be provided by the commission advising the labor union or workers' representative of the contractor's commitments under this section, and to post copies of the notice in conspicuous places available to employees and applicants for employment; (4) the contractor agrees to comply with each provision of this section and sections 46a-68e and 46a-68f and with each regulation or relevant order issued by said commission pursuant to sections 46a-56, 46a-68e and 46a-68f; (5) the contractor agrees to provide the commission of human rights and opportunities with such information requested by the commission, and permit access to pertinent books, records and accounts, concerning the employment practices and procedures of the contractor as relate to the provisions of this section and section 46a-56. If the contract is a public works contract, the contractor agrees and warrants that he will make good faith efforts to employ minority business enterprises as subcontractors and suppliers of materials on such public works project.

(b) For the purposes of this section, "minority business enterprise" means any small contractor or supplier of materials fifty-one per cent or more of capital stock, if any, or assets of which is owned by a person or persons: (1) Who are active in the daily affairs of the enterprise, (2) who have the power to direct the management and policies of the enterprise and (3) who are members of a minority, as such term is defined in subsection (a) of section 32-9n; and "good faith" means that degree of diligence which a reasonable person would exercise in the performance of legal duties and obligations. "Good faith efforts" shall include, but not be limited to, those reasonable initial efforts necessary to comply with statutory or regulatory requirements and additional or substituted efforts when it is determined that such initial efforts will not be sufficient to comply with such requirements.

(c) Determinations of the contractor's good faith efforts shall include but shall not be limited to the following factors: The contractor's employment and subcontracting policies, patterns and practices; affirmative action advertising; recruitment and training; technical assistance activities and such other reasonable activities or efforts as the commission may prescribe that are designed to ensure the participation of minority business enterprises in public works projects.

(d) The contractor shall develop and maintain adequate documentation, in a manner prescribed by the commission, of its good faith efforts.

(e) The contractor shall include the provisions of subsection (a) of this section in every subcontract or purchase order entered into in order to fulfill any obligation of a contract with the state and such provision shall be binding on a subcontractor, vendor or manufacturer unless exempted by regulations or orders of the commission. The contractor shall take such action with respect to any such subcontract or purchase order as the commission may direct as a means of enforcing such provisions including sanctions for noncompliance in accordance with section 46a-56; provided, if such contractor becomes involved in, or is threatened with, litigation with a subcontractor or vendor as a result of such direction by the commission, the contractor may request the state of Connecticut to enter into any such litigation or negotiation prior thereto to protect the interests of the state and the state may so enter.

**33.    Americans with Disabilities Act of 1990:** This clause applies to those contractors which are or will come to be responsible for compliance with the terms of the Americans with Disabilities Act of 1990 (42 USCS §§ 12101-12189 and §§ 12201-12213) (Supp. 1993); 47 USCS §§ 225, 611 (Supp. 1993). During the term of the contract, the contractor represents that it is familiar with the terms of this Act and that it is in compliance with the law. The contractor warrants that it will hold the state harmless from any liability which may be imposed upon the state as a result of any failure of the contractor to be in compliance with this Act.

Where applicable, the contractor agrees to abide by the provisions of section 504 of the federal Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794 (Supp. 1993), regarding access to programs and facilities by people with disabilities.

**34.    Utilization of Minority Business Enterprises:**    It is the policy of the state that minority business enterprises should have the maximum opportunity to participate in the performance of government contracts. The contractor agrees to use best efforts consistent with 45 C.F.R. 74.160 et seq. (1992) and paragraph 9 of Appendix G thereto for the administration of programs or activities using HHS funds; and §§ 13a-95a, 4a-60, to 4a-62, 4b-95(b), and 32-9e of the Conn. Gen. Stat. to carry out this policy in the award of any subcontracts.

**35.    Priority Hiring:**    Subject to the contractor's exclusive right to determine the qualifications for all employment positions, the contractor shall use its best efforts to ensure that it gives priority to hiring welfare recipients who are subject to time limited welfare and must find employment. The contractor and the department will work cooperatively to determine the number and types of positions to which this paragraph shall apply. The Department of Social Services regional office staff or staff of Department of Social Service contractors will undertake to counsel and screen an adequate number of appropriate candidates for positions targeted by the contractor as suitable for individuals in the time limited welfare program. The success of the contractor's efforts will be considered when awarding and evaluating contracts.

**36.    Non-smoking:**  If the contractor is an employer subject to the provisions of § 31-40q of the Conn. Gen. Stat., the contractor agrees to provide upon request the department with a copy of its written rules concerning smoking. Evidence of compliance with the provisions of section 31-40q of the Conn. Gen. Stat. must be received prior to contract approval by the department.

# PART II:    STATE OF CONNECTICUT - DEPARTMENT OF CORRECTION

**1. The Parties:** This contract is established between the Connecticut Department of Correction (hereinafter The Department) and The Law Offices of Sydney T. Schulman (hereinafter the Contractor). The program name shall be referred to as the Inmates Legal Assistance, hereafter referred to as "ILA".

**2. Program Goal:** It is the understanding and agreement between the parties of this contract that the program goal is to provide and facilitate inmate access to the civil judicial system for claims determined by the Contractor to be matters wherein a prima facie (as defined in Blacks Law Dictionary) case is presented, through the preparation of legal documents, research, pleadings, motions, supporting memorandum of law and/or out of court oral and/or written advice, as set forth in Paragraph 3 of this contract. Under this contract, access to the Court does not include representation before the Court or any administrative body or the filing of an Appearance in a civil case, unless otherwise excepted in this contract as it pertains to Connecticut Correctional Institution York (CCIY), as set forth in Paragraph 17 of this contract, or by request of the Commissioner or his designee, as set forth in paragraph 12.

The assistance to be provided inmates by the Contractor is limited to assisting inmates concerning legal problems and strategies; the giving of legal advice and discussion of legal alternatives with inmates; assistance in the drafting of documents and materials related to judicial proceedings; advising inmates as to how to proceed in court; strategizing with inmates concerning presenting cases in court; advising inmates concerning appropriate responses to motions or pleadings filed by their adversary in court proceedings; discussing with and assisting inmates in decisions and actions related to the taking of appeals from lower court decisions; discussing with and assisting inmates with general legal questions concerning their incarceration; assisting inmates in identifying specific civil legal problems pertaining to their incarceration; providing inmates with answers to legal questions posed by inmates; assisting inmates in the preparation of documents and materials necessary to initiate and prosecute legal actions; assisting inmates in the preparation of necessary responses, including memoranda of law to adverse claims made by adversaries to inmate court proceedings; assisting inmates with the preparation, organization and presentation of evidence, as well as jury instructions and verdict forms in connection with court proceedings; performing research appropriate to the aforementioned duties. It is understood and agreed that services will only be provided in court cases or proposed court cases where, in the professional judgement of the Contractor, a prima facie case will be able to be presented as set forth in paragraph 3, herein, or appeals where, in the professional judgement of the Contractor an appealable error which is prejudicial to the inmate's case is identified.

The Contractor, upon request of the Commissioner or his designee, shall provide, in affidavit form or through the provision of an actual witness, that such assistance is, in fact, being provided.

Contractor agrees that even at the reduced funding level for the second six-month period of this agreement all terms and conditions including required assurances shall remain in full force and effect.

In conjunction with duties performed under the terms of this agreement and for the purpose of defining a 'client-attorney' relationship, the inmate to whom assistance is provided will be the client. "Inmate" shall mean any person committed to the custody of the Commissioner of the Connecticut Department of Correction, whether confined in Connecticut or removed pursuant to appropriate statutory authority to an out of state location, and shall include inmates and detainees from other states and jurisdictions housed in facilities administered by the Connecticut Department of Correction. This agreement is entered into with the understanding that the Department may, at any given time, be responsible for inmates assigned exclusively to the custody of the Commissioner of the Connecticut Department of Correction but who are housed in states other than Connecticut. The Contractor shall provide services as outlined in this agreement for Connecticut inmates housed in other states, with the exception that matters pertaining to terms and conditions of confinement in the host state shall not be the responsibility of this Contractor. Confidentiality will be maintained in accordance with applicable rules of professional conduct and paragraph 13 C of this agreement.

Contractor shall also provide services as outlined in this agreement for inmates from other jurisdictions housed in Connecticut facilities. All legal matters arising with or within the sending jurisdiction, including but not limited to terms and conditions of confinement in that jurisdiction, shall not be the responsibility of this Contractor. Appropriate confidentiality will be maintained in accordance with the applicable rules of professional conduct and paragraph 13 C of this agreement.

**3. Scope of Services:** The scope of said service shall be limited to rendering assistance which shall include identifying, articulating and researching legal claims and enabling inmates to access the judicial system through advice, counsel and physical preparation of meaningful legal papers such as writs, complaints, motions and memorandum of law for claims

90617

determined by the Contractor to be matters wherein a prima facie (as defined in Blacks Law Dictionary) case is presented. Meaningful papers referred to are limited, by the professional judgment of the Contractor, to those which are needed to give inmates a reasonably adequate opportunity to present, among other claims, claimed violations of fundamental constitutional rights to the courts, either as a plaintiff seeking judicial relief or as a defendant opposing such relief. Limits to services provided through this contract will be consistent with rulings, concerning the right of inmate access to courts, rendered by appropriate courts, including the State and U.S. Supreme Courts.

Said assistance does not include representation and/or entering an appearance in a case or extend to the actual trial of the claim or argument in appellate or administrative proceedings or any other ancillary proceedings hereto. This includes not accepting any court appointments for representation of any inmates in any matter whatsoever, except as set forth in Paragraphs 12 and 17 of this document.

The Contractor shall make every reasonable effort to provide services via mail, telephone, fax, computer or other telecommunications equipment rather than in person. When deemed necessary by the Contractor, the Contractor is authorized to dispatch appropriate staff to provide services, consistent with the terms of this contract, to eligible inmates. Although the Contractor need not seek written authorization for such travel, the Contractor will inform the Department of all out of state travel, without reference to anything that would violate the attorney-client privilege.

It shall be the responsibility of the Contractor to install and maintain a toll free number to facilitate access to the program by all eligible inmates.

Even in cases where a prima facie case is presented, Contractor shall not be required to provide legal assistance requested which, in the contractor's professional opinion, would be detrimental to the client's case, or would result in the inclusion of parties clearly not properly to be included. In addition, the Contractor need not provide legal materials which, in the Contractor's professional opinion, are not necessary for the assistance being provided.

**4. Quality Assurances/Licensing Requirements:** The Contractor agrees to maintain inmate case records documenting all pertinent interactions with inmates. Inmate case records will include professional visits, intake sheets, investigative reports, notes, legal documents prepared for the inmate as a result of said interaction(s) and legal research.

The Contractor agrees to operate under this contract in compliance with all standards promulgated by the Department and further agrees to have and implement plans of action to cure and rectify unmet objectives. It is further understood that if the legal standards as required by law significantly expand, the duties of the Contractor shall not increase, except by mutual agreement and amendment to this contract.

The Contractor agrees that all services provided to inmates under this contract will be approved, supervised, completed and/or reviewed by a duly licensed Attorney admitted to practice law in the State of Connecticut.

There will be an annual review of the program, fiscal and administration operations of the Contractor by individuals designated by the Department to conduct such a review. As required by the Department, appropriate staff of the Contractor will attend training programs sponsored by the Department. Any such training programs will be at times and places mutually agreed upon and will not unduly burden the Contractor.

**5. Reports Required:** The Contractor acknowledges the need for accurate and proper reporting and will provide and arrange with the Department such statistical, financial, and programmatic information as is deemed necessary by the Department for the purposes of monitoring and evaluating programs and establishing management information systems. Records are subject to audit by the State of Connecticut and may be subject to audit by the Federal government to the extent that Federal funding is involved.

The Contractor agrees to provide reports, as specified below, to the Department of Correction. The Contractor shall follow all Department policies, procedures, requirements and directives, consistent with sound and responsible practice, program management as well as the professional standards applicable to attorneys.

The Contractor further agrees to file the following reports:

A.    Monthly Statistical Reports: Due no later than seven (7) days after the end of the previous month. This report will include sufficient information and be in a format which will allow the Department to reasonably evaluate the number of inmates to whom services have been provided, the types of services which were provided and the time required by staff of the Contractor to provide those services.

B. Quarterly Expenditure Reports: These reports are due by the 30th of the month following the report period.

C. Annual Expenditure Report: The report shall include a line item analysis of the actual expenditures for each cost center operated under the terms of this contract. The full and complete copy of the expenditure report, certified by the Contractor, will be provided to the Department not later than ninety (90) days after the expiration date of this contract or the Contractor's fiscal year, whichever is sooner.

D. Annual Audit: The Contractor shall provide the Department with an annual financial audit of this program. This audit shall cover each contract year individually. An independent accounting firm duly authorized to operate in Connecticut shall conduct this financial audit. This audit shall be provided to the Department, along with all management letters, no later than 180 days after the close of the contract year.

**6. Program Revisions:** Any revisions to this contract, in either services required by law or in the program budget supporting said services, as a result of a change in legal standards, must be by written, mutual consent and agreement of the parties and will be accomplished through a formal amendment process.

Proposed revisions to this contract by the Contractor in either the services rendered or in the program budget must have written prior approval of the Department and must be in compliance with all pertinent Departmental regulations, policies and procedures, except as authorized in this agreement.

The Department and the Contractor may, at the Contractor's option, enter into negotiations concerning fiscal adjustment to the approved budget if:

    a.   The number of inmates and detainees housed in Connecticut facilities increases to 17,511 and remains at that increased level for 30 consecutive days, or;

    b.   The number of Connecticut inmates housed in facilities in states other than Connecticut increases to 620 inmates and remains at that increased level for 30 consecutive days.

In either case, a request for increased funding of this agreement will require a clear demonstration of increased program utilization and need and will not be based solely on the number of inmates confined in either category. Increased funding of this agreement will be considered only after both parties agree that the redistribution of funds within the approved budget is not feasible.

**7. Expenditures:** This contract is entered into in accordance with the program budget, attached hereto and made a part hereof. Such records and documents shall be in the format of the program budget. The Contractor will expend funds in the manner agreed to.

In the event the Contractor receives funding from any source other than those detailed herein for services provided under this contract, the Department shall be advised of such funding, of the proposed use of such funds and entitled to a reasonable allocation of such funds.

Items with a purchase price of $500 or more made with Department funds remain the property of the Department. This includes items normally purchased or utilized as a unit. An inventory listing of such items will be provided to the Department on an annual basis, or whenever such listing changes. No items of such value may be disposed of without the prior written approval of the Department.

**8. Annual Budget Variance:** The Contractor may reallocate funds within categories approved in the attached budget. The Contractor may reallocate up to a cumulative maximum of 10% of one category to another category without advance written permission. Request for budget variance and revision beyond the 10% of the category must be submitted in writing to the Department. Approval, if granted, will be forwarded in writing to the Contractor from the Department.

**9. Surplus of Excess Payments:** Any funds unexpended upon the termination or expiration of this contract shall be returned in full to the Department within ninety (90) days of the termination or expiration date. Expenditures made that are not in accordance with this contract shall be considered excess and returned to the Department as noted above.

**10. Non-Exclusivity:** It is the understanding and agreement between the Contractor and the Department that the Contractor will continue to engage in the private practice of law, maintain clients and that said practice extends to civil and criminal matters, some of which may be of a similar in nature as those handled through the contract program.

ll 06 N

It is the understanding and agreement between the Contractor and the Department that the Contractor may accept referrals directly from the program or other referral sources, on either a paid or pro bono basis and said referral work will be completed outside the confines of the program contract and that said work will not be charged to the program or be paid for through the program budget funds. The Contractor may not accept cases, outside of services provided through this contract, involving actions against the Department of Correction in matters related to the Care and Custody of inmates, except as requested by the Commissioner. The Contractor may continue with cases entered into prior to November 1, 1995, including those in which the Department and/or the Commissioner is the defendant.

**11. Contractor Conduct:** It is the understanding and agreement that the Contractor and his employees are professionals governed by a legal code of ethics, standards and the laws and opinions of the Judiciary and Grievance Committee and said rules and regulations may not be violated under any circumstances. It is further understood that at all times and in all ways set forth by the professional canons of ethics of the Contractor, the Attorney-Client privileges and confidentiality will be effective and operative between the Contractor and inmate clients.

**12. Requests for Representation:** The Commissioner or his legal designate may request, in writing, that the Contractor represent an inmate in a matter before a court or administrative body as set forth in Paragraph 3, supra. Said representation before a court and/or administrative body will be compensated at a rate negotiated on a case by case basis. Should the parties fail to agree on a rate of compensation for any case, the Contractor is not obligated to accept such case.

**13. Special Work Rules:** The following work rules shall be followed by all Contractor staff when working in or with a facility or community program operated by the Department.

A. It is prohibited for any Contractor to deliver, to procure to be delivered, or have in his/her possession with intent to deliver, to an inmate confined in any institution of the Department, or to deposit it in or about the institution or in any vehicle going on the premises belonging to the institution, any unauthorized article or thing with the intent that an inmate shall obtain or receive it; nor shall a Contractor receive from an inmate any unauthorized article or thing with the intent to convey it out of the institution without permission of the institution's administrator or his/her designee.

B. Contractors may not receive or carry out, nor allow to be received or carried out, mail or messages for an inmate, other than through official channels, the exception being any papers, authorized recordings, or documents deemed necessary by the Contractor.

C. It is forbidden for Contractor to discuss other Contractors or employees with or in the presence of inmates, or permit such discussions by inmates, except as such discussions may be conducted for professional reasons in connection with access to the Court system and this contract. Contractors will avoid undue familiarity with inmates and will not permit undue familiarity on the part of inmates towards Contractors. Contractors will refrain from becoming personally involved with inmates' private or family matters, except for professional reasons, and will not accommodate inmates' requests to do personal favors. A Contractor may not discuss with an inmate any matters pertaining to his crimes or the personal histories or crimes of other inmates, except as such discussions may be conducted for professional reasons. Any information coming to the Contractor which involves the safety or security of the institution or the community shall be governed by the professional canon of ethics and shall, where permitted by such canon of ethics, be reported as soon as possible to an appropriate Department representative, consistent with Paragraph 11, supra.

D. Inmates will be treated in a humane manner at all times. Abusive treatment is strictly forbidden.

E. All Contractors, regardless of where they work, are to maintain security, good order and discipline within the institution.

F. Bringing, possession or consuming alcohol or drugs of any kind on institution grounds is strictly forbidden. Medication containing any narcotic or controlled drug cannot be brought into institutional grounds without prior approval of the institution's administrator.

G. The use of indecent, abusive, humiliating, ridiculing or profane language by a Contractor while on institutional property, toward or in the presence of inmates or other employees/Contractors, supervisors, or subordinates is forbidden.

If, in the professional judgement of the Contractor, the use of threats of imminent harm or extremely abusive and profane language by an inmate towards any staff of the Contractor amounts to a breakdown in the attorney-client relationship, the Contractor will be permitted to terminate the particular service being provided; provided however, that any such termination of service shall be in accordance with the Attorney Professional Rules of Conduct and Ethics and

further provided that such action does not violate the Department of Correction's responsibility to provide such service. The Contractor, upon terminating any services pursuant to this paragraph, shall notify the Department within 5 business days. Any such notification shall be consistent with the requirements of attorney-client privilege.

H. Soliciting or collecting for any purposes without prior approval of the Department is prohibited.

I. The use of inmate labor for personal reasons is strictly forbidden. Removal of State property from institutional grounds is also forbidden.

J. If the next of kin, known relative or personal friend of any contract employee should be committed to any institution, the Contractor is to promptly make the fact and the relationship known to the administrator in order that arrangements may be made with him/her for avoiding embarrassment or possible risk. Such information will be held confidential to the necessary authorities.

K. A Contractor may not give or receive from any inmate anything in the nature of a gift or a promise of a gift or a loan, or in any manner buy, sell, or barter any article with an inmate. No Contractor shall engage in any form of a business venture with an inmate, except providing legal services on a paid or pro-bono basis from a referral directly from the program or an outside source, said referral work will completed outside the confines of the program contract and that said work will not be charged to the program or be paid for through the program budget funds.

L. Taking of photographs or video recordings on institution property by any person is prohibited without specific approval of the administrator or designee. Under no conditions should permission be withheld if the request is deemed pertinent to the inmate case, as determined by the Contractor.

M. The making of audio recordings on institution property by any person is prohibited without approval of the administrator or designee. The Contractor may request blanket approval for the use of audio taping devices to assist in the interviewing of inmates at each facility. The Contractor, with such blanket approval, will be required to declare and to show such device upon entering and upon exiting the facility each time the device is brought into a facility.

N. It is prohibited for Contractors to possess any firearm or weapon on institutional grounds.

**14. Transition:** If this contract is terminated or is not renewed, the Department and the Contractor shall negotiate the closing of services. These negotiations shall include provisions for: (a) final payments to the Contractor, including any cost settlements, (b) the transfer of all records, other than case records, to the Department (c) the return of all equipment and property purchased through this contract belonging to the Department as described elsewhere in this contract and governing rules and regulations and (d) terms, conditions and payment for any actions pending with the Contractor at the time of termination or non renewal of this contract. These negotiations shall begin no later than 60 days prior to the termination date of the contract. Negotiations for the items listed above, and any other others which the Department deems appropriate, for contracts which are terminated by the Department may be conducted and/or concluded later than the termination date of the contract.

**15. Contractor:** The Contractor of the ILA is Sydney T. Schulman dba the Law Offices of Sydney T. Schulman, located at 10 Grand Street, Hartford, Connecticut 06106.

The Contractor and his employees, both professional and support staff, are governed by the Rules of Professional Conduct and the accompanying rules, opinions and court decisions relative to attorney conduct and action and the parties agree that services under this contract will be provided within this context. This includes the Attorney-Client privilege and canons of professional ethics.

**16. Duration:** This contract shall be in effect for 12 months, beginning July 1, 2002 at 12:01 a.m. and terminating June 30, 2003 at midnight, unless amended by both parties. Any extension is by mutual consent and will be determined at least 90 days prior to any termination date then in place.

Negotiations on the budget can be reopened if the Department of Correction receives additional dollars in SID 604.

**17. Exception for Incarcerated Women:** The undersigned parties understand and agree that the Contractor must provide for a full-time attorney to represent the Connecticut Correctional Institution at York (CCIY) in family matters including, but not limited to, divorces, child custody, and DCF proceedings and other civil matters. This attorney shall be present at CCIY at least one day or its equivalent each week. In exceptional circumstances, this attorney shall be permitted to cover

Bob 17

continuances and calendar calls in non-CCIY cases arising in the court in which the attorney is already scheduled to be present.

**18. Reporting:** Upon notice from the Commissioner or his designee (at most and in any case five (5) days shall be sufficient notice), the Contractor agrees to provide the Commissioner or his designee any information or data requested by the Commissioner or his designee and relating to the Contractor's performance of its obligation under this contract, in accordance with the limitations and provisions of the Attorney-Client privilege between the Contractor and the inmate client.

**19. Insurance:** The Contractor shall pay for and maintain professional liability insurance coverage for errors, omissions, commissions, negligence and malfeasance for the full-time attorneys serving as employees of the Contractor. Said policy to be available for inspection by the Department upon five (5) day notice.

The Contractor shall obtain and maintain the various types of insurance covering the premises and/or the equipment purchased with Department funds.

**20. Financial Responsibility:** It shall be the obligation of the Contractor to provide the necessary office space, research tools, supplies, and equipment to implement the program and provide the services as required under this contract. The Contractor will be responsible for lights, power, water, sewer, heat, telephone, parking janitorial services and such other similar services as are necessary and appropriate in order for the Contractor's employees to deliver legal services as hereto described. In addition, the Contractor shall be subject to the requirements of Administrative Directive 3.10 concerning payment of $ 0.25 per page for photocopying of documents.

**21. Performance Bond:** A performance bond is not required for this contract period.

**22. Existing Caseload:** This Contractor will not be responsible for the caseload of prior LAP programs not operated by the Contractor.

**23. Program Revision:** The Contractor agrees to provide services in accordance with this contract and within the limitations of the budget, attached. If for any reasons, the program and/or scope of services must be revised, the proposed revision must be by mutual consent and agreement of the parties and said revision to be effective must be in writing, signed by both parties and incorporated with this contract. Said revisions must be in compliance with all pertinent Departmental regulations, policies and procedures. Unless a mutually executed contractual amendment reflecting said revision is entered into, said request to revise shall be null and void.

**24. Inspection of Records:** All access and inspection of records as addressed in Paragraphs 12 and 24 of Part I of this agreement, addressing Inspection of Work Performed and Record Keeping and Access shall be conducted so as not to violate any attorney-client privilege.

14 vb □

## PROGRAM BUDGET - PART III
## JULY 1, 2002 - June 30, 2003

| | | | |
|---|---|---|---|
| Managing attorney | | | $65,010.00 |
| Full Time Attorneys (5) | | $35,000 | |
| Full Time Attorney Fringes | | | $175,000.00 |
| Workers Comp | | $2,150.00 | |
| Health Ins | | $19,665.00 | |
| Employers FICA | | $16,169.00 | |
| Unemployment | | $1,800.00 | |
| License Fees | | $2,808.00 | |
| Part Time Attorneys | | | $42,592.00 |
| | 4 | $18,200 | |
| Part Time Attorney Fringes | | | $72,800.00 |
| Workers Comp | | $500.00 | |
| Employers FICA | | $4,732.00 | |
| Unemployment | | $500.00 | |
| Conferences/Training | | | $5,732.00 |
| | | | $2,000.00 |
| Professional Services | | | $363,134.00 |
| Investigator/Paraprofessional | | | $25,729.00 |
| Admin Asst/Legal Sec. | | | $41,731.00 |
| Paralegal/Secretaries | 2 | $25,005 | $50,010.00 |
| Med. Records Reviewer | .5 FTE | | $10,000.00 |
| Paralegal | | | $33,386.00 |
| Support Staff Fringes | | | |
| Workers Comp | | $2,100 | |
| Employers FICA | | $10,456 | |
| Health Ins | | $19,665 | |
| Unemployment | | $1,800 | |
| Legal Interns | | | $34,021.00 |
| | 2 | $10/hr x 10 hrs x 20 wks | $4,000.00 |
| | 2 | $350/wk x 6 wks | $4,200.00 |
| Intern Fringes | | | |
| Workers Comp | | $100 | |
| Employers FICA | | $533 | |
| Unemployment | | $50 | |
| Support Staff Services | | | $683.00 |
| | | | $203,760.00 |

1506 n

| | | | |
|---|---|---|---|
| Equip. (Copier & Copies) | | $13,000.00 | |
| Maintenance Contracts | (Online access) | $1,200.00 | |
| Computer Programs | | $8,300.00 | |
| Copies at facilities | | $5,000.00 | |
| Law Library | | $4,000.00 | |
| | Office Equipment | | $31,500.00 |
| Office Consumables | | $5,000.00 | |
| Postage | | $5,000.00 | |
| Misc | | $250.00 | |
| | Office Supplies | | $10,250.00 |
| Rent/Utilities | | $53,656.00 | |
| Janitorial Services | | $3,680.00 | |
| Telephone | | $22,000.00 | |
| Minor Repairs on Premises | | $500.00 | |
| | Site Expenses | | $79,836.00 |
| Mileage | (.31 x 255 per wk) | $4,800.00 | |
| Public Travel | | $4,600.00 | |
| | Travel Expenses | | $9,400.00 |
| Professional Liability | | $12,290.00 | |
| Comprehensive, fire, etc | | $1,500.00 | |
| | Insurance Expenses | | $13,790.00 |
| Admin Fee | | $61,572.00 | |
| Performance Bond | | $0.00 | |
| Independent Audit | | $5,000.00 | |
| Bookkeeping Svcs | | $7,000.00 | |
| | Administrative Expenses | | $73,572.00 |
| | Contract Total | | $785,242.00 |

Contractor to be paid on a monthly basis, in arrears, upon receipt and acceptance of properly executed invoices. Contractor to be paid at the monthly rate of $68,688.08 for the months of July - December 2002. Monthly payments for January - July 2003 will be $62,185.58.

1606 N

[X] Original Contract #
[] Amendment
(For Internal Use Only)

## ACCEPTANCES AND APPROVALS:

**By the Contractor:**

Sydney T. Schulman dba The Law Offices of Sydney T. Schulman
_____
Contractor (Corporate/Legal Name of Contractor)

_Sydney T. Schulman_ _____ 6-29-02_
Signature (Authorized Official)            Date

**Documentation necessary to <u>demonstrate the authorization to sign</u> must be attached.**

Sydney T. Schulman
_____
(Typed Name of Authorized Official)            Title

**By the Department:**

Department of Correction
_____
Department Name

_[signature]_                    7.3-02
Signature (Authorized Official)            Date

Theresa C. Lantz                    **Deputy Commissioner**
_____
(Typed Name of Authorized Official)            Title

**By the Office of the Attorney General:**

_[signature]_                    8/2/02
Attorney General (approved as to form)            Date

(  ) This contract does not require the signature
of the Attorney General pursuant to an agreement
between the department and the Office of the
Attorney General, dated _____.

EXAMINED &
RECOMM.  ED FOR
APPROVAl
BY   RTOS
DATE  7/30/o2