UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LUIS FERNANDEZ

                PRISONER
v.                Case No.  3:01cv1807 (JBA)

JADE ALEXANDER
BRIDGEPORT SELF-STORAGE FACILITY
PATRICK CARROLL
LAURIE LeBLANC
D. STEWART
R. HALAS
DEAN M. ESSERMAN
MARK SCOCOZA
T. BARCELLO
NOLAN
RAMOS
MARK TROHALIS
DET. J. MERULLO
FISHER
ROBERT WILLIAMS
ROBERT PAQUETTE

S U P P L E M E N T A L   J U D G M E N T

      This cause came on for consideration on the defendants' motions to dismiss before the Honorable Janet Bond Arterton, United States District Judge.

      On October 26, 2001, the court filed its Ruling and Order dismissing all claims against defendants Jade Alexander and Bridgeport Self-Storage Facility when he filed an amended complaint omitting all claims against these defendants. Judgement entered as to the claims against these two defendants on October 31, 2001.

      Plaintiff withdrew his claims against defendants Patrick Carroll and Laurie LeBlanc

on December 29, 2004, when he filed an amended complaint omitting them as defendants.

The court has reviewed the motions to dismiss and all related papers. On March 2, 2006, the court filed its Ruling and Order granting defendants' motions and declining to exercise supplemental jurisdiction over any state law claims. The court also determined that plaintiff's proposed amended complaint failed to state a claim against defendants Carroll and LeBlanc and dismissed any claims against them pursuant to 28 U.S.C. § 1915 (e)(2)(B)(ii) and (iii).

Therefore, it is **ORDERED** and **ADJUDGED** that judgment is entered in favor of the defendants and the case is closed.

Dated at Bridgeport, Connecticut this 3rd of March, 2006.

                                              KEVIN F. ROWE, Clerk

                                              By  /s/ Donna P. Thomas
                                                     Donna P. Thomas
                                                     Deputy Clerk

Entered on the Docket _____