UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

| Luis Fernandez | : | Case No. 3:01CV1807(JBA) |
| v. | | |
| Robert Paquette, et al | : | March 7,2006 |

NOTICE OF APPEAL

1. Pursuant to F.R.A.P.4(a)(1) Luis Fernandez hereby gives notice

and appeals to the United States Court of Appeals for the Second

Circuit from the following Judgment/Order:

A supplemental Judgment/Order was entered on 3/3/06 closing

the case.

2. The final Order/Judgment in this action was entered on 3/3/06.

Respectfully Submitted,

Luis Fernandez
1153 east st. south,
suffield, CT06080

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to

the follwoing on this 7 day of March,2006:

ATT.J.J.Radsaw III,

65 wetehrfield ave.,

Hartford, Ct06114

ATT.James V. Minor,                          Luis Fernandez

888 washington Blvd.,

P.O.Box 10152,

Stamford, CT.06904-2152