UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Luis Fernandez          :     Case: 3:01CV1807(JBA)

v.

Paquette, et al         :     MARCH 7, 2006

FILED 2006 MAR 17 P 4:27
US DISTRICT COURT
BRIDGEPORT CONN

PROOF OF SERVICE

Luis Fernandez, states under the penalty of perjury that he mailed a copy of the Notice of Appeal to defendants Attorneys J.J.Radsaw, 65 wethersfield ave., Hartford,CT 06114 and James V. Minor, 888 washington Blvd., P.O.Box 10152, Stamford,Ct 06904-2152 by placing them in the main hall legal mail box in an envelope at the Conn.Macdougall C.I.,suffield, CT. on 3/7/06.

Respectfully Submitted,

Luis Fernandez
1153 east st. south,
suffield, CT06080

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 7 day of March,2006:

ATT.J.J.Radsaw,
65 wetehrsfield ave.,
Hartford, CT06114

ATT.James V.Minor,
888 washington Blvd.,
Stamford, CT.06904-2152

Luis Fernandez

1 of 1