UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Luis Fernandez            :       Case: 3:01cv01807

V.                        :

Robert Paquette, et al    :       April 7, 2006

MOTION FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS

The plaintiff moves pursuant to Rule 24(a)(c) requesting the District Court to grant leave to proceed on appeal in froma pauperis and for the appeal to be heard on the full record including exhibits and parts therefore in any form. Authority to allow prosecution of an appeal in forma pauperis is vested in " Any court of the United States" by 28 U.S.C.§ 1915(a). The plaintiff specially in this case has bin granted permission to proceed in froma pauperis (I.F.P.) in the district court.

This court should grant an order permitting the plaintiff to proceed without prepayment of fees and costs or security for an appeal.

Wherefore, plaintiff moves for leave to proceed an appeal in froma pauperis.

Respectfully Submitted,

Luis Fernandez

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following defendants attorneys on this 7 day of April, 2006 to:

Att. J.J.Radsaw III,

65 whethersfield ave., Hartfrod, CT 06114

1 of 2

Att. James V. Minor,

888 washington Blvd.,

P.O.Box 10152,

Stamfrod, CT 06904-2152

Luis Fernandez