UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
LUIS FERNANDEZ                  :
                                :           PRISONER
     v.                         :   CASE NO. 3:01CV1807(JBA)
                                :
DIRECTOR JADE ALEXANDER, et al. :
```

RULING AND ORDER

Plaintiff seeks leave to proceed in forma pauperis on appeal. This motion is not necessary.

Rule 24(a)(3), Fed. R. App. P., provides that a party who has been granted leave to proceed in forma pauperis in the district court may proceed in forma pauperis on appeal unless the district court certified that the appeal would not be taken in good faith. The court did not include such a certification in its ruling on the defendants' motion to dismiss. Thus, plaintiff is entitled to proceed in forma pauperis on appeal.

Plaintiff's motion for leave to proceed in forma pauperis on appeal [**doc. #82**] is **DENIED** as moot.

**SO ORDERED** this 15th day of June, 2006, at New Haven, Connecticut.

/s/
Janet Bond Arterton
United States District Judge