UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Luis Fernandez                :    Case: 3:01CV1807

    plaintiff

V.                            :

Robert Paquette, et al

    Defendants               :    July 6, 2006

PLAINTIFF'S OBJECTION & OPPOSITION TO DEFENDANTS MEMO IN OPPOSITION TO TAKE DEPOSITION OF L. Figueiredo PENDING APPEAL

Now comes the plaintiff pro-se who has followed all of the Rules as understood and will not knowingly violate them unless said rule violates a constitutional right, and the court should not need reminding that persons acting in their own behalf are held "...to less stringent standard than formal pleadings by lawyers", in objection & opposition to defendants memo dated June 27, 2006 for lacking of legal standing and merit.

The plaintiff pro-se has bin granted leave I.F.P. pending appeal which supports reasons to permit the use of Rule 27 Fed.R.Civ.P. This non-party witness L. Figueiredo testimony is relevant and supports facts establishing the wear about's of the plaintiff pro-se during Oct., 2000 defendants et al alleged "survaillance", which this court took into consideration in determining to dismiss the case now being appealed.

The district court has allowed the notice of appeal and where motions for appointment of counsel and certificate of appealability are pending.

Let's make it clear that a court of appeals may not decline to consider a request for certificate addressed to it as a court but must regard the request as made to the judges thereof.

Another important point is that this honorable court must keep in mind when applying discretion under Rule 27 F.R.C.P. in this case were defendants et al did **not** comply with Rule 26 Fed.R.C.P. of discovery which Rule does require an automatic disclose. Also, for these reasons defendants memo dated 6/27/06 lack legal standing and merit:

1) The deposition of L.Figueiredo a non-party witness is necessary to preserve his relevant testimony regarding plaintiff wear about's during Oct.,2000;

2) The deposition of L.Figueiredo a non-party witness is necessary because of his detainer there is a possibility that L.Figueiredo non-party witness who is currently incarcerated of being moved out of the jurisdiction and out of reach or geographical constraints causing the loss of relevant testimony in resulting of a failure of justice;

3) The passage of time can also affect to preserve L.Figueiredo relevant testimony do to the possibility of being moved out of the geographical constraints or reach do to the pending detainer for which deposition of L.Figueiredo pending appeal is proper to avoid a failure or delay of justice. Furthermore, the plaintiff pro-se has presented the necessary facts to sustain the burden with L.Figueiredo possibilities of absent from the Jurisdiction which may prevent him from testifying in the future even when the court of appeals reversed the district court granting defendants et al motion to dismiss. In fact, defendants do admit of non party L.Figueiredo being currently incarcerated at Macdougall C.I., suffiled, Ct. Wherefore, the plaintiff with the support of Fed.R.C.P. 27 & 26 objects and opposes to defendants et al memo date 6/27/06 and further requests this honorable court to grant leave to

take deposition of L.Figueiredo.

respectfully Submitted,

Luis Fernandez
1153 east st south,
suffield, Ct 06080

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed to the following defendants attorney's on this 6 day of July,2006:

Att.J.J.Radsaw
hh hhg.
65 wetherfiled ave.,
Hartford,Ct 06114

Luis Fernandez

attorney James VC Minor,

888 washington boulevard,

stamfrod,ct 06904-2152

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Luis Fernandez                    :    Case: 3:01 CV 1807
 Plaintiff-Pro se
                                  :

V.
                                  :    July 6, 2006

Robert Paquette, et al
 Defendants

## MOTION FOR PROOF OF SERVICE

Luis Fernandez, states under the penalty of perjury that he mailed a copy of the objection & opposition to defendants' Memo in opposition to take deposition of L. Figueiredo pending appeal to defendants Attorneys J.J. Radsan III, 65 Wethersfield ave., Hartford, CT 06114 and Attorney James V. Minor, 888 Washington Boulevard, Stamford, CT 06904-2152 by placing them in the main hall legal mail box in an envelope at the at the Conn Macdougall C.I., Suffield CT on 7/6/06.

Respectfully Submitted,

_____
Luis Fernandez
Plaintiff - Pro -se

1 of 2

CERTIFICATION

This is to certify that a copy of the foregoing was mailed to the following defendants attorneys' on this 6 day of July, 2006:

Att. J. J. Radsaw III
65 Wethersfield ave.,
Hartford, CT 06114

Att. James V. Minor,
888 Washington Boulevard,
Stanford, CT 06904-2152

Luis Fernandez