UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK  10007

Catherine O'Hagan Wolfe
CLERK

Date:              8/23/07
Docket Number:     06-1298-pr
Short Title:       Fernandez v. Alexander
DC Docket Number:  01-cv-1807  PRIS
DC:                CONNECTICUT (NEW HAVEN)
DC Judge:          Honorable Janet Arterton

ROA REQUEST

Dear Appeal's Clerk:

  You are hereby directed by this Court to cause the certified agency record in the above entitled action to be transmitted to this office no later than September 2, 2007.

Please Sign and print your name below:

(Your Signature)_____

(Print Your Name)_____

                                          Very truly yours,
                                          Catherine O'Hagan Wolfe, Clerk
                                          By: _____
                                          Yolanda Siders
                                          Deputy Clerk